## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of<br>RICHEMONT NORTH AMERICA, INC.<br>645 Fifth Avenue, 5th Floor<br>New York, New York 10022,<br><br>     Plaintiff,<br><br>     v.<br><br>WING HON METAL MANUFACTORY LTD.,<br>Unit A-B, 10th Floor, Block No. 1,<br>Wah Fung Industrial Centre,<br>33-39 Kwai Fung Crescent,<br>Kwai Chung, New Territories,<br>Hong Kong,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff Cartier ("Cartier"), a division of Richemont North America, Inc. ("Richemont"),

for its Complaint against defendant Wing Hon Metal Manufactory Ltd. ("Wing Hon"), upon

knowledge as to itself and upon information and belief as to Wing Hon, by and through its

undersigned attorneys, alleges as follows:

### THE PARTIES

1.     Plaintiff Cartier is a division of Richemont, a corporation incorporated under the

laws of the State of Delaware, having its principal place of business at 645 Fifth Avenue, 5th

Floor, New York, New York 10022.  Cartier regularly conducts business in this District.

2.      Defendant Wing Hon is a corporation incorporated under the laws of Hong Kong, having its principal place of business at Unit A-B, 10th Floor, Block No. 1, Wah Fung Industrial Centre, 33-39 Kwai Fung Crescent, Kwai Chung, New Territories, Hong Kong.

## THE '153 PATENT

3.      Wing Hon is named as the assignee of U.S. Patent No. 6,964,153 (the "'153 patent"), entitled "Components for Timepiece and Method of Manufacturing Thereof," a copy of which is attached hereto as Exhibit A.  The '153 patent issued on November 15, 2005 from U.S. Application No. 10/328,474 (the "U.S. application"), which was filed on December 24, 2002.

4.      Wing Hon is also named as the proprietor of United Kingdom Patent No. GB2374516 (the "UK patent"), entitled "Band for timepiece and method of manufacturing same," a copy of which is attached hereto as Exhibit B.  The UK patent issued on June 4, 2003 from UK Application No. 0200046.1 (the "UK application"), which was filed on January 2, 2002.

5.      The U.S. application that issued as the '153 patent claims priority to the filing date of the UK application.

## NATURE OF ACTION

6.      This is an action seeking a declaratory judgment that Cartier does not infringe and has not infringed the '153 patent, and that the '153 patent is invalid and void for failure to comply with one or more of the conditions and requirements of the patent laws, including without limitation 35 U.S.C. §§ 101, 102, 103 and/or 112, and/or the rules, regulations and laws pertaining thereto.

## JURISDICTION AND VENUE

7.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332(a), 1338, 2201 and 2202.

8.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 2201 and 2202 because there is an actual and justiciable controversy between Cartier and Wing Hon with respect to the infringement and validity of the '153 patent for which Cartier requests a declaration by this Court. Cartier has a reasonable apprehension that Wing Hon will file suit against Cartier for infringement of the '153 patent, based on the allegations, threats and general course of conduct of Wing Hon, as detailed in paragraphs 9 to 13 below, and Cartier's marketing and sale in the United States of the product accused by Wing Hon of infringement, as detailed in paragraphs 14 and 15 below.

9.    In a letter dated June 2, 2006, a copy of which is attached hereto as Exhibit C, from Wing Hon's solicitors in Hong Kong ("Wing Hon's solicitors") to Cartier S.A. c/o Richemont Asia Pacific Limited, an affiliate of plaintiff Cartier in Hong Kong, Wing Hon's solicitors stated that Wing Hon is the proprietor of the UK patent and that the Cartier "Pasha Seatimer" watch infringed the UK patent. Wing Hon's solicitors also stated that they would sue for infringement unless Cartier S.A. agreed to settle within 14 days, stating that "[Wing Hon] has instructed us to take out legal proceedings for appropriate legal remedies to stop your act of infringement" and "[u]nless this matter is settled amicably within 14 days, our client shall have no alternative but to take such steps as are necessary, including commencement of legal proceedings in order to protect its right and interest."

10.    In a letter dated June 28, 2006, a copy of which is attached hereto as Exhibit D, from Wing Hon's solicitors to Richemont International Limited ("Richemont International"), an affiliate of plaintiff Cartier in the United Kingdom, Wing Hon's solicitors stated that in addition to the UK patent, Wing Hon "has been granted corresponding patents in the U.S., Hong Kong and the PRC [China] . . . ." Wing Hon's solicitors also stated that they would sue for

3

infringement, stating that "our client shall commence legal action . . . for the infringement of our client's patent[,]" unless Richemont International and its subsidiaries and distributors, *inter alia*, ceased manufacturing, marketing and selling the Cartier Pasha Seatimer watch, paid Wing Hon damages, and reimbursed Wing Hon for its legal costs, within 14 days.

11.    In a letter dated August 2, 2006, a copy of which is attached hereto as Exhibit E, from Wing Hon's solicitors to Richemont International, Wing Hon's solicitors stated that they would sue for infringement, stating that "we are in the course of preparing our client's case for litigating this matter in Court[,]" unless Richemont International accepted Wing Hon's offer of a license under the UK patent and its Hong Kong counterpart patent.

12.    In a separate letter dated August 2, 2006, a copy of which is attached hereto as Exhibit F, from Wing Hon's solicitors to Richemont International, Wing Hon's solicitors stated that "corresponding patents . . . have been granted in both the U.S. and the PRC notwithstanding the prior arts [sic] cited in [Richemont International's] letter." Wing Hon's solicitors also stated that they would sue for infringement, stating that "[u]nless we receive from you forthwith confirmation that the demands set out in our previous letters will be complied with, legal action will be taken by our client without further notice."

13.    In a letter dated August 30, 2006, a copy of which is attached hereto as Exhibit G, from Wing Hon's solicitors to Richemont International, Wing Hon's solicitors stated that an argument made by Richemont International with respect to the UK patent "does not apply to corresponding patents in other jurisdictions." Wing Hon's solicitors also stated that they would sue for infringement in several jurisdictions, stating that "our client have [sic] already obtained a validity report from US Patent Attorneys[,]" that "[e]nforcement proceedings will be instituted in multi-jurisdictions [sic] if circumstances require[,]" that "[w]e are instructed to remind you not to

underestimate our client's determination to enforce their rights in connection with their patents" and that "[i]f we again fail to receive your favourable reply in the near future, we have instructions to cease negotiation and proceed with enforcement action."

14.    Plaintiff Cartier has sold and offered for sale, and continues to sell and offer for sale, in the United States, including in this District, watches under the name "Cartier Pasha Seatimer."

15.    The "Cartier Pasha Seatimer" watch sold and offered for sale by Cartier in the United States as described in paragraph 14 above is the same watch that Wing Hon has accused of infringement in the letters attached hereto as Exhibits C to G and described in paragraphs 9 to 13 above.

16.    This Court also has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), because it involves claims arising under the Patent Act, 35 U.S.C. § 1 *et seq.*

17.    This Court also has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000 and the action is between Cartier, a citizen of the State of Delaware, and Wing Hon, a citizen of the foreign state of Hong Kong.

18.    This Court has personal jurisdiction over Wing Hon pursuant to 35 U.S.C. § 293 because Wing Hon is the patentee of the '153 patent, Wing Hon does not reside in the United States, and Wing Hon has not filed in the United States Patent and Trademark Office a written designation stating the name and address of a person residing within the United States on whom may be served process or notice of proceedings affecting the patent or rights thereunder.

19.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(d) because Wing Hon is an alien.

## COUNT I

## DECLARATORY JUDGMENT OF PATENT NONINFRINGEMENT

20.     Cartier repeats and realleges each and every allegation contained in paragraphs 1 to 19 above as if fully set forth herein.

21.     Cartier's sale and offer for sale in the United States of watches under the name "Cartier Pasha Seatimer" does not infringe, contribute to the infringement of, or induce the infringement of, the '153 patent, nor has it ever done so.

## COUNT II

## DECLARATORY JUDGMENT OF PATENT INVALIDITY

22.     Cartier repeats and realleges each and every allegation contained in paragraphs 1 to 21 above as if fully set forth herein.

23.     The '153 patent is invalid and void for failure to comply with one or more of the conditions and requirements of the patent laws, including without limitation 35 U.S.C. §§ 101, 102, 103 and/or 112, and/or the rules, regulations and laws pertaining thereto.

## PRAYER FOR RELIEF

WHEREFORE, Cartier respectfully requests that the Court enter judgment:

(a)     Declaring that Cartier has not infringed and is not infringing the '153 patent;

(b)     Declaring that the '153 patent is invalid;

(c)     Permanently enjoining Wing Hon and its affiliates, shareholders, officers, directors, agents, employees, attorneys and all persons or entities in active concert or participation with them, from asserting the '153 patent against Cartier and its affiliates, officers, directors, agents, employees and attorneys;

(d)     Awarding Cartier its costs pursuant to Rule 54 of the Federal Rules of Civil Procedure; and

(e)    Granting Cartier such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Cartier respectfully requests a trial by jury of all issues so triable.

Dated:  October 13, 2006                    CARTIER, a division of
                                            RICHEMONT NORTH AMERICA, INC.


                                            By: _____
                                               John R. Hutchins (D.C. Bar No. 456749)
                                               KENYON & KENYON LLP
                                               1500 K Street, N.W.
                                               Suite 700
                                               Washington, D.C.  20005
                                               (202) 220-4200

                                               *Counsel for Plaintiff Cartier, a division of*
                                               *Richemont North America, Inc.*

# EXHIBIT A

US006964153B2

(12) **United States Patent**

So et al.

(10) Patent No.:     **US 6,964,153 B2**

(45) Date of Patent:     **Nov. 15, 2005**

(54) **COMPONENTS FOR TIMEPIECE AND METHOD OF MANUFACTURING THEREOF**

(75) Inventors: **Chin Hung Eddy So**, Kwai Chung (HK); **Chin Ping So**, Kwai Chung (HK)

(73) Assignee: **Wing Hon Metal Manufactory LTD**, Kwai Chung (HK)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 69 days.

(21) Appl. No.: **10/328,474**

(22) Filed: **Dec. 24, 2002**

(65) **Prior Publication Data**

US 2003/0121280 A1 Jul. 3, 2003

(30) **Foreign Application Priority Data**

Jan. 2, 2002   (GB) ............................................. 0200046

(51) Int. Cl.⁷ ............................ B29C 45/14; B29C 65/64
(52) U.S. Cl. ............................. 59/79.1; 59/79.3; 59/80; 24/265 WS; 24/71 J
(58) Field of Search .................................... 59/79.1, 79.3, 59/80; 24/71 J, 68 J, 265 WS

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,178,751 A     12/1979   Liautaud

| | | | | |
|---|---|---|---|---|
| 5,441,686 A | * | 8/1995 | Jackl et al. | .................. 59/79.3 |
| 5,748,571 A | * | 5/1998 | Jackl | ......................... 59/79.1 |
| 5,781,968 A | * | 7/1998 | Widmer | ...................... 24/71 J |
| 5,845,478 A | * | 12/1998 | Ripley | ........................ 63/5.1 |
| 6,289,562 B1 | * | 9/2001 | Linder et al. | .......... 24/265 WS |
| 6,311,373 B1 | * | 11/2001 | Hashimoto | ............. 24/265 WS |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CH | 666 994 | 9/1988 |
| CH | 667 784 | 11/1988 |
| EP | 0 064 031 | 11/1982 |
| EP | 0 081 464 | 6/1983 |
| EP | 0 570 638 | 11/1993 |
| GB | 2 330 427 | 4/1999 |
| JP | 7-329110 | 12/1995 |
| JP | 2000-300314 | 10/2000 |

* cited by examiner

*Primary Examiner*—David Jones
(74) *Attorney, Agent, or Firm*—Smith-Hill and Bedell

(57)                **ABSTRACT**

There is provided a band for a timepiece comprising a plurality of inter-connected links, at least one of the links including a first portion made at least principally of a metallic material and a second portion made at least principally of an injection moldable material and fixedly secured thereto and molded thereover by injection moulding.

**18 Claims, 96 Drawing Sheets**





Fig.2b     Fig.2a

Fig.2c

Fig.1b     Fig.1a

# Fig.3a

# Fig.3b





# Fig.3c

# Fig.3d





SECTION B—B

SECTION A—A

# Fig.4a



# Fig.4b



SECTION A—A

# Fig.4c





**Fig.5a**

**Fig.5b**

SECTION A—A



**Fig.5c**



Fig.6a



Fig.6b



Fig.6c



**Fig.7a**



**Fig.7b**

SECTION A—A



**Fig.7c**



10

Fig.8



**Fig.9a**



**Fig.9b**



**Fig.10a**



**Fig.10b**



**Fig.11a**



**Fig.11b**



Fig.12b                    Fig.12a



Fig.12c



Fig.13a



Fig.13b



Fig.14a

Fig.14b

Case 1:06-cv-01747-RMC    Document 1-2    Filed 10/13/2006    Page 16 of 34



**Fig.15a**



**Fig.15b**



**Fig.16a**



**Fig.16b**



**Fig.17b**



**Fig.17a**



**Fig.17c**



Fig.18d    Fig.18c

Fig.18b    Fig.18a



Fig.19b

Fig.19a

Fig.19c

Fig.19d

SECTION B—B

SECTION A—A



**Fig.20a**



SECTION A—A

**Fig.20b**



**Fig.20c**



Fig.21a

Fig.21b

SECTION A—A



Fig.21c



**Fig.22a**



**Fig.22b**



**Fig.22c**



**Fig.23a**



SECTION A-A

**Fig.23b**



**Fig.23c**

Case 1:06-cv-01747-RMC    Document 1-2    Filed 10/13/2006    Page 25 of 34



Fig.24a          Fig.24b

Case 1:06-cv-01747-RMC    Document 1-2    Filed 10/13/2006    Page 26 of 34



**Fig.25a**



**Fig.25b**



Fig.26a



Fig.26b



**Fig.27a**



**Fig.27b**



Fig.28a



Fig.28b



Fig.29a



SECTION. A—A

Fig.29b



Fig.29c



Fig.30a



Fig.30b



Fig.31a

Fig.31b



Fig.32a



Fig.32b

Case 1:06-cv-01747-RMC    Document 1-2    Filed 10/13/2006    Page 34 of 34



Fig.33a



Fig.33b





**Fig.34a**          **Fig.34b**



**Fig.34c**



Fig.35d        Fig.35c

Fig.35e

Fig.35b  Fig.35a



## Fig.36a



## Fig.36b



SECTION A—A

## Fig.36c



**Fig.37a**                    **Fig.37b**



SECTION A—A

**Fig.37c**



**Fig.38a**          **Fig.38b**



SECTION A—A

**Fig.38c**





Fig.39a

Fig.39c



Fig.39b

Case 1:06-cv-01747-RMC     Document 1-3     Filed 10/13/2006     Page 7 of 34



Fig.40a          Fig.40c



Fig.40b





**Fig.41b**          **Fig.41a**



**Fig.41c**



Fig.42



Fig.43a



Fig.43b



Fig.44a



Fig.44b



Fig.45a



Fig.45b



**Fig.46a**



**Fig.46b**



A

A

**Fig.46c**



SECTION A—A

**Fig.46d**



**Fig.46e**

Fig.47a



Fig.47b





Fig.48a



Fig.48b



Fig.49a



Fig.49b



Fig.50a



Fig.50b

 

Fig.51a                    Fig.51b



Fig.51c

Fig.52b



Fig.52a





Fig.52d



Fig.52c



Fig.52f



Fig.52e

Fig.53b



Fig.53a





Fig.54a



Fig.54b



Fig.55a



Fig.55b



Fig.56a



Fig.56b

Fig.57a



Fig.57b





Fig.57c



Fig.57d



Fig.57e



Fig.57f



Fig.57g



Fig.58a



Fig.58b

Fig.59b



Fig.59a





Fig.59d



Fig.59c

Case 1:06-cv-01747-RMC     Document 1-4     Filed 10/13/2006     Page 1 of 36



Fig.59f



Fig.59e

Fig.59h



Fig.59g





**Fig.59i**



**Fig.59j**



Fig.60b



Fig.60a



Fig.60c



Fig.60d



Fig.61f



Fig.61e



Fig.61h



Fig.61g



Fig.61j



Fig.61i



Fig.61k



Fig.61l



Fig.61m

Fig.62b



Fig.62a





Fig.62d

Fig.62c



Fig.62f



Fig.62e

Fig.62h



Fig.62g





Fig.62i



Fig.62j



Fig.63b



Fig.63a



Fig.63c



Fig.63d

Case 1:06-cv-01747-RMC    Document 1-4    Filed 10/13/2006    Page 18 of 36



Fig.64a



Fig.64b



Fig.64c



Fig.64d



Fig.64e



Fig.64f



Fig.64g



Fig.64h



Fig.64i



Fig.65a



Fig.65b



Fig.65c



Fig.65d

Fig.66a



Fig.66b





Fig.66c

Fig.66d

Fig.66e



Fig.66f







Fig.66g

Fig.66h



Fig.66i



US 6,964,153 B2

1

# COMPONENTS FOR TIMEPIECE AND METHOD OF MANUFACTURING THEREOF

## FIELD OF INVENTION

The present invention relates to components for a time-piece or similar article, and in particular a watchcase, a wristband and a length adjuster for a watchband.

## BACKGROUND OF THE INVENTION

There are a variety of watches equipped with different types of watchcases and wristbands. The watchcases or wristbands may be made predominantly of a single material selected from a variety of materials such as metal or stainless steel.

It is an object of the present invention to provide components for a timepiece, which are relatively light, durable and aesthetic, or at least to provide a useful alternative to the public, the components being a watchcase, a band and a length adjuster for the band.

It is a further object of the present invention to produce a timepiece having one or more such components.

It is a further object of the present invention to provide a method of manufacturing such components.

## SUMMARY OF THE INVENTION

According to a first aspect of the present invention, there is provided a band for a timepiece (e.g. watch) comprising a plurality of inter-connected links, at least one of the links including a first portion made at least principally of a metallic material and a second portion made at least principally of an injection moldable material and fixedly secured thereto and molded thereover by injection moulding, wherein the injection moldable material is a synthetic rubber material, a natural rubber material, a silicon compound or a polymeric material selected from the group consisting of thermoplastic polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene, polycarbonate and polyvinyl chloride. The rubber material may be a melt processable rubber. Alternatively, other suitable injection moldable materials may also be used. In a preferred embodiment, the first portion may at least be partially enveloped by the second portion.

Preferably, the links may be inter-connected by at least a pin. However, other suitable means for connecting the links may also be used.

Suitably, protrusions and/or recesses may be provided at at least one end of the links allowing connection of the links with each other. In particular, two adjacent links may be connected at the protrusions and recesses.

Preferably, the links may be provided with a plurality of apertures at the protrusions and recesses, and the pin may connect the links at the apertures. In a preferred embodiment, two links which are adjacent each other are connected together by the pin and may be pivotally movable relative to each other.

Preferably, the metallic material may be stainless steel.

According to a second aspect of the present invention, there is provided a length adjuster for a band as defined in any preceding claim for adjusting the length of the band comprising a first portion made at least principally of a metallic material and a second portion made at least principally of an injection moldable material. The length adjuster may be in the form of a fastener or a buckle. The

2

injection moldable material may be a synthetic rubber material, a natural rubber material, a silicon compound or a polymeric material selected from the group consisting of thermoplastic polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene, polycarbonate and polyvinyl chloride. The rubber material may be a melt processable rubber. Alternatively, other suitable injection moldable materials may also be used.

The second portion of the length adjuster may be fixedly secured to the first portion of the length adjuster by molded thereover. Alternatively, the first and second portions of the length adjuster may be connected together by snap fitting. Suitably, the metallic material may be stainless steel. The length adjuster may be connectable to the band.

According to a third aspect of the present invention, there is provided a case for a timepiece comprising a first portion made at least principally of a metallic material and a second portion made at least principally of an injection moldable material and fixedly secured thereto and molded thereover by injection moulding.

Preferably, the injection moldable material may be a synthetic rubber material, a natural rubber material, a silicon compound or a polymeric material selected from the group consisting of thermoplastic polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene, polycarbonate and polyvinyl chloride. However, similar to the band and the length adjuster as described above, other suitable injection moldable materials may also be used. The metallic material may be stainless steel. The case described above may be connectable to a band as described above. The case may also be connectable to a conventional band for a timepiece.

According to a fourth aspect of the present invention, there is provided a timepiece comprising a band, a length adjuster and/or a case as described above. It is to be appreciated that the timepiece having the matching band, length adjuster and case exhibits an unusual appearance in that there are exposed alternate metallic regions and injection-molded regions.

According to a fifth aspect of the present invention, there is provided a method of manufacturing a component for a timepiece, the component being a band, a length adjuster or a case for the timepiece, the component having a first portion and a second portion, comprising the steps of (i) positioning at least the first portion made at least principally of a metal in a mould of a moulding machine, (ii) injecting an injection moldable material for forming the second portion into a cavity of the mould whereby the second portion envelopes at least part of the first portion, wherein the injection moldable material is a synthetic rubber material, a natural rubber material, a silicon compound or a polymeric material selected from the group consisting of thermoplastic polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene, polycarbonate and polyvinyl chloride, (iii) allowing the second portion to solidify whereby the first portion and second solidified portion together form the component, and (iv) releasing the component from the mould. The rubber material may be a melt processable rubber. Alternatively, other suitable injection moldable materials may also be used. The timepiece may comprise a plurality of interconnected components.

Preferably, the component may be made at least principally of stainless steel.

Suitably, the plurality of components may be connected by pins.

In a preferred embodiment, after the step (iv), at least part of the first portion of the component is exposed to the

US 6,964,153 B2

3

environment, and at least part of the first portion of the component may be protected by the injection-molded material.

In a preferred embodiment, the first portion of the component may be formed by cutting a blank from a plate or slab made at least principally of the metallic material, and pressing the blank. The blank may suitably be cut from the plate or slab by a punching machine. The pressed blank may be pressed by a pressing machine. The pressed blank may be processed at least a second time by the punching machine.

The method may also comprise a step of connecting a plurality of the components. For example, a plurality of the links may be connected to form a band which may be connected with the length adjuster and the case to form a watch. The finished timepiece will have a plurality of parts of the first portions exposed to the environment. In other words, at least part of the first portions may be protected by the second portions. In the event that the first portions are made of stainless steel having a metallic and/or shiny appearance, the exposed surface of the first portions and the second portions together produce an unusual aesthetic appearance.

BRIEF DESCRIPTION OF THE DRAWINGS

Some embodiments of the present invention will now be described by way of example only, with reference to the accompanying drawings, in which:

FIG. 1a is a top view showing a band for a timepiece according to a first embodiment of the present invention, generally formed of a plurality of first and second links;

FIG. 1b is a side view of the band shown in FIG. 1a;

FIG. 2a is a top view of one of the first links shown in FIG. 1a;

FIG. 2b is a side view of the first link shown in FIG. 2a;

FIG. 2c is an end view of the first link shown in FIG. 2a;

FIG. 3a is a top view of two of the first links shown in FIG. 1a connected with each other,

FIG. 3b is a side view of the two first links shown in FIG. 3a,

FIG. 3c is a cross-section view of the two first links taken along line B—B of FIG. 3a;

FIG. 3d is a cross-section view of the two first links taken along line A—A of FIG. 3a;

FIG. 4a is a top view of an interior portion of the first link shown in FIG. 2b;

FIG. 4b is a cross-section view of the interior portion of the first link taken along line A—A of FIG. 4a;

FIG. 4c is a side view of the interior of the first link shown in FIG. 4a;

FIG. 5a is an alternative top view of the first link shown in FIG. 2a incorporating the interior portion shown in FIG. 4a;

FIG. 5b is a cross-section view of the first link taken along line A—A of FIG. 5a;

FIG. 5c is a side view of the first link shown in FIG. 5a;

FIG. 6a is a top view of an interior portion of one of the second links of the band shown in FIG. 1a;

FIG. 6b is an end view of the interior portion of the second link shown in FIG. 6a;

FIG. 6c is a side view of the interior portion of the second link shown in FIG. 6a;

FIG. 7a is a top view of the second link incorporating the interior portion shown in FIG. 6a;

4

FIG. 7b is a cross-section view of the second link taken along line A—A of FIG. 7a;

FIG. 7c is a side view of the second link shown in FIG. 7a;

FIG. 8 is a side view of a pin in the band shown in FIG. 1a;

FIGS. 9a to 11b show a series of steps for producing the interior portion of the first link shown in FIGS. 4a to 4c;

FIGS. 12a to 12c are different views of the interior portion of the first link produced from the steps illustrated in FIGS. 9a to 11b;

FIGS. 13a to 16b show a series of steps for moulding an exterior portion onto the interior portion of the first link shown in FIGS. 12a to 12c;

FIG. 17a is a top view of the finished first link produced from the steps illustrated in FIGS. 13a to 16b;

FIG. 17b is a side view of the finished first link shown in FIG. 17a;

FIG. 17c is an end view of the finished first link shown in FIG. 17a;

FIG. 18a is a top view showing a band for a timepiece according to a second embodiment of the present invention, generally formed of a plurality of third and fourth links;

FIG. 18b is a side view of the band shown in FIG. 18a;

FIG. 18c is a top view of one of the third links shown in FIG. 18a;

FIG. 18d is a side view of the third link shown in FIG. 18c;

FIG. 19a is a top view of two of the third links shown in FIG. 18a connected with each other,

FIG. 19b is a side view of the two third links shown in FIG. 19a,

FIG. 19c is a cross-section view of the third links taken along line B—B of FIG. 19a;

FIG. 19d is a cross-section view of the two third links taken along line A—A of FIG. 19a;

FIG. 20a is a top view of an interior portion of the third link shown in FIG. 18c;

FIG. 20b is a cross-section view of the interior portion of the third link taken along line A—A of FIG. 20a;

FIG. 20c is a side view of the interior portion of the third link shown in FIG. 18c;

FIG. 21a is an alternative top view of the third link shown in FIG. 18c incorporating the interior portion shown in FIG. 20a;

FIG. 21b is a cross-section view of the third link taken along line A—A of FIG. 21a;

FIG. 21c is a side view of the third link shown in FIG. 21a;

FIG. 22a is a top view of an interior portion of one of the fourth links of the band shown in FIG. 18a;

FIG. 22b is an end view of the interior portion of the fourth link shown in FIG. 22a;

FIG. 22c is a side view of the interior portion of the fourth link shown in FIG. 22a;

FIG. 23a is a top view of the fourth link incorporating the interior portion shown in FIG. 22a;

FIG. 23b is a cross-section view of the fourth link taken along line A—A of FIG. 23a;

FIG. 23c is a side view of the fourth link shown in FIG. 23a;

FIGS. 24a to 24d are side views of two pins which may be used in the band shown in FIG. 18a;

US 6,964,153 B2

5

FIGS. 25a to 28b show a series of steps for producing the interior portion of the third link shown in FIGS. 20a to 20c;

FIGS. 29a to 29c are different views of the interior portion of the third link produced from the steps illustrated in FIGS. 25a to 28b;

FIGS. 30a to 33b show a series of steps for moulding an exterior portion onto the interior portion of the third link shown in FIGS. 29a to 29c;

FIG. 34a is a top view of the finished third link produced from the steps illustrated in FIGS. 30a to 33b;

FIG. 34b is an end view of the finished third link shown in FIG. 34a;

FIG. 34c is a side view of the finished third link shown in FIG. 34a;

FIG. 35a is a top view showing a band for a timepiece according to a third embodiment of the present invention, generally formed of a plurality of fifth, sixth and seventh links;

FIG. 35b is a side view of the band shown in FIG. 35a;

FIG. 35c is a top view of one of the fifth links shown in FIG. 35a;

FIG. 35d is a side view of the fifth link shown in FIG. 35c;

FIG. 35e is an end view of the fifth link shown in FIG. 35c;

FIG. 36a is a top view of two of the fifth links shown in FIG. 35a connected with each other;

FIG. 36b is a side view of the two fifth links shown in FIG. 36a;

FIG. 36c is a cross-section view of the two fifth links taken along line A—A of FIG. 36a;

FIG. 37a is a top view of the interior portion of the fifth link shown in FIG. 35c;

FIG. 37b is a side view of the interior portion of the fifth link shown in FIG. 37a;

FIG. 37c is a cross-section view of the interior portion of the fifth link taken along line A—A of FIG. 37a;

FIG. 38a is an alternative top view of the fifth link shown in FIG. 35c incorporating the interior portion shown in FIG. 37a;

FIG. 38b is a side view of the fifth link shown in FIG. 38a;

FIG. 38c is a cross-section view of the fifth link taken along line A—A of FIG. 38a;

FIG. 39a is a top view of an interior portion of one of the sixth links of the band shown in FIG. 35a;

FIG. 39b is an end view of the interior portion of the sixth link shown in FIG. 39a;

FIG. 39c is a side view of the interior portion of the sixth link shown in FIG. 39a;

FIG. 40a is a top view of the sixth link incorporating the interior portion shown in FIG. 39a;

FIG. 40b is a cross-section view of the sixth link taken along line A—A of FIG. 40a;

FIG. 40c is a side view of the sixth link shown in FIG. 40a;

FIG. 41a is a top view of one of the seventh links of the band shown in FIG. 35a;

FIG. 41b is a side view of the seventh link shown in FIG. 41a;

FIG. 41c is an end view of the seventh link shown in FIG. 41a;

FIG. 42 is a side view of a pin in the band shown in FIG. 35a;

6

FIGS. 43a to 46b show a series of steps for producing the interior portion of the fifth link shown in FIGS. 37a to 37c;

FIGS. 46c to 46e are different views of the interior portion of the fifth link produced from the steps illustrated in FIGS. 43a to 46b;

FIGS. 47a to 50b show a series of steps for moulding the exterior portion onto the interior portion of the fifth link shown in FIGS. 46c to 46e;

FIG. 51a is a top view of the finished fifth link produced from the steps illustrated in FIGS. 47a to 50b;

FIG. 51b is an end view of the finished fifth link of FIG. 51a;

FIG. 51c is a side view of the finished fifth link shown in FIG. 51a;

FIGS. 52a to 53b show a series of steps for producing an interior portion of a watchcase according to a fourth embodiment of the present invention;

FIGS. 54a to 54b are different views of the interior portion produced from the steps illustrated in FIGS. 52a to 53b;

FIGS. 55a to 55b shows a series of steps for further processing the interior portion shown in FIGS. 54a to 54b;

FIGS. 56a to 56b are different views of the interior portion produced from the steps illustrated in FIGS. 55a to 55b;

FIGS. 57a to 57g show a series of steps for moulding an exterior portion onto the interior portion of the watchcase shown in FIGS. 56a to 56b;

FIGS. 58a to 58b are different views of the watchcase produced from the steps illustrated in FIGS. 57a to 57g;

FIGS. 59a to 59h show a series of steps for producing an interior portion of a watchcase according to a fifth embodiment of the present invention;

FIGS. 59i to 59j are different views of the interior portion produced from the steps illustrated in FIGS. 59a to 59h;

FIGS. 60a to 60b show a series of steps for further processing the interior portion shown in FIGS. 59i to 59j;

FIGS. 60c to 60d are different views of the interior portion produced from the steps illustrated in FIGS. 60a to 60b;

FIGS. 61e to 61k show a series of steps for moulding an exterior portion onto the interior portion of the watchcase shown in FIGS. 60c to 60d;

FIGS. 61l to 61m are different views of the watchcase produced from the steps illustrated in FIGS. 61e to 61k;

FIGS. 62a to 62h show a series of steps for producing an interior portion of a watchcase according to a sixth embodiment of the present invention;

FIGS. 62i to 62j are different views of the interior portion produced from the steps illustrated in FIGS. 62a to 62h;

FIGS. 63a to 63b show a series of steps for further processing the interior portion shown in FIGS. 62i to 62j;

FIGS. 63c to 63d are different views of the interior portion produced from the steps illustrated in FIGS. 63a to 63b;

FIGS. 64a to 64g show a series of steps for moulding an exterior portion onto the interior portion of the watchcase shown in FIGS. 63c to 63d;

FIGS. 64h to 64i are different views of the watchcase produced from the steps shown in FIGS. 64a to 64g;

FIGS. 65a to 65b show a series of steps for producing an interior portion of a buckle component according to a seventh embodiment of the present invention;

FIGS. 65c to 65d are different views of the interior portion produced from the steps illustrated in FIGS. 65a to 65b;

US 6,964,153 B2

7

FIGS. 66a to 66g show a series of steps for moulding an exterior portion onto the interior portion of the watchcase shown in FIGS. 65c to 65d; and

FIGS. 66h to 66i are different views of the buckle component produced from the steps illustrated in FIGS. 66a to 66g.

DETAILED DESCRIPTION OF PREFERRED
EMBODIMENTS

A first embodiment of a component for a watch and a method of manufacture thereof according to the present invention are shown in FIGS. 1a to 17c. The component in this embodiment is a wristband and is generally designated as 1. Referring firstly to FIG. 1a, a body 2 of the wristband 1 comprises a plurality of link members 4, 6 and a fastener 8. The fastener 8 may be used for adjusting the length of the wristband 1, thus enabling a watch (not shown) to which the wristband 1 is engaged to be worn by a user. Two types of link members 4, 6 are used in this embodiment. The first-type of the link members 4, which is shown in FIGS. 2a to 2c, constitutes the majority of the body 2 of the wristband 1. The second-type of link members 6 are arranged on opposite sides of and immediately adjacent to the fastener 8.

The link members 4, 6 and the fastener 8 are connected together by connecting means, such as pins 10 as shown in FIG. 8.

FIGS. 2a to 2c show, respectively, the top, side and end views of the first-type link member 4. FIGS. 3a and 3b show, respectively, the top and side views of two of the first-type link members 4 connected together. FIGS. 3c and 3d show the cross-section views of the two first-type link members 4 taken along lines B—B and A—A of FIG. 3a respectively. The first-type link members 4 are connected by the pins 10 whereby each of these first-type link members 4 may pivotally move relative to the adjacent link member (4 and/or 6).

Referring to FIGS. 1a to 3d, each link member 4 generally comprises an inner (or interior) portion 12 (or link element) and an outer (or exterior) portion 14. FIG. 4a shows a top view of the inner portion 12 of the first-type link member 4. FIG. 4b shows a cross section view of the inner portion of the link member 4 and FIG. 4c shows a side view of the inner portion of the same link member 4. The inner portion 12 is made principally of stainless steel although other suitable metallic material may also be used. FIGS. 5a to 5c show the first-type link member 4 including both the inner portion 12 shown in FIG. 4a and an outer portion 14. The outer portion 14 is made of an injection moldable material and in particular polymeric material, e.g. thermo-plastic polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene, polycarbonate or polyvinyl chloride. Alternatively, the injection moldable material may be a natural or synthetic rubber material, or a silicon compound.

Turning specifically to FIG. 5a, a tongue-shaped protrusion 16 is provided at one end of the link member 4 and a recess 18 sandwiched by two legs 22 is provided at the opposite end thereof whereby the protrusion 16 of the link member 4 is engageable with a recess 18 of its adjacent link member 4 arranged therebelow. Such an arrangement is shown more clearly in FIGS. 3a to 3d. A channel 20 with two apertures 21a, 21b at its ends thereof is provided within the protrusion 16 and arranged from left to right thereof and such is illustrated by the dashed lines at numeral 20. A further channel 24, also with two apertures 22a, 22b at its ends (and such is illustrated by the dashed lines at numerals 24), is provided within each of the legs 22, whereby when

8

the protrusion 16 of the link member 4 is received within the recess 18 of its adjacent link member 4, the channel 20 of the protrusion 16 of the link member 4 and the channels 24 of the legs 22 of its adjacent link member 4 are aligned to form a continuous channel 26 through which the pin 10 may be inserted. Referring to FIGS. 3a to 3d, the pin 10 serves as means for connecting two adjacent link members 4. The pin 10 is sized and shaped to fit tightly in the channel 26.

FIG. 6a shows a top view of an inner portion 28 of the second-type link member 6 used in the first embodiment. FIGS. 6b and 6c are respectively end view and side view of the inner portion 28. FIG. 7a shows a top view of the second-type link member 6 incorporating the inner portion 28 and an outer portion 30. Similar to the first-type link members 4, the inner portion 28 of the second-type link member 6 is made principally of stainless steel and the outer portion 30 is made of an injection moldable material

FIGS. 9a to 11b show the process of manufacturing the inner portion 12 of the first-type link member 4. The process firstly involves the use of a conventional cutting/punching machine. FIGS. 9a and 9b show a top view and a side view respectively of such a punching machine 32. The punching machine 32 comprises a presser 34 and a station 36. The presser 34 includes an upper mould 38 while the station 36 includes a lower mould 40. During the cutting process, a steel plate 42 is firstly inserted between the upper and lower moulds 38, 40 after which the presser 34 is pressed down causing the upper mould 38 to stamp onto the lower mould 40 through the steel plate 42. A steel blank 44 is thereby cut out and removed from the steel plate 42. The steel blank 44 thus produced has a shape roughly corresponding to the overall shape of the inner portion 12 of the link member 4.

The steel blank 44 is then subject to a pressing step which is shown in FIGS. 10a and 10b. In this step, the steel blank 44 is pressed and deformed by a conventional pressing machine 45 to a desired shape and curvature. If the shape of the resultant inner portion is relatively complicated, it may be necessary to press the steel blank 44 more than once, to ensure that the required shape is formed.

Usually, burr 47 will be formed after the pressing step. In this case, the pressed blank 44 will then be again processed by the punching machine 32 (see FIGS. 11a and 11b) to cut off the burr 47. An inner portion 12 of the link member 4 is produced, as shown in dashed line in FIG. 11b. The inner portion 12 produced after the above steps will possess the required shape, dimension and surface. In FIG. 12a, the top view of the inner portion 12 of the link member 4 produced by the above steps is shown. FIGS. 12b and 12c show a side view and an end view of the same inner portion 12.

After the inner portion 12 is produced it is positioned in a mould 46 of an injection-moulding machine 48 as shown in FIGS. 13a and 13b. The mould 46 comprises an upper member 50 and a lower member 52 (as shown in FIG. 14b) which together define a cavity 54 in which the inner portion 12 is housed. The mould 46 defining the cavity 54 is sized and shaped with the desired characteristics to produce the link member 4. After the inner portion 12 is properly positioned in the lower member 52 of the mould 46, the upper member 50 of the mould 46 will move downward to engage with the lower member 52, defining the cavity 54 described above. A suitable fluid injection moldable material such as polymeric material, e.g. thermoplastic polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene, polycarbonate or polyvinyl chloride, or a synthetic or natural rubber material or a silicon compound, is then injected into the cavity 54. A channel 58 is provided in the upper member

US 6,964,153 B2

9

50 through which the injection moldable material is injected into the mould cavity 54. Once the injection is completed, the inner portion 12 is at least partially enveloped in and/or molded over with the injection moldable material. The injection-molded material is then allowed to cool down and solidify so that the inner portion 12 and an outer portion 14 formed of the solidified material are fixedly secured together and become one continuous piece. The inner portion 12, which has been coated with a jacket of the solidified material, is then released by being pushed upwardly away from the mould by a push pin 60 as shown in FIG. 16b. In FIGS. 13a to 16b, two inner portions 12 are molded with the solidified material together. After being released from the mould 46, the jacketed inner portions are subject to trimming to remove the unnecessary solidified material and polishing to provide a finished appearance of the link member 4, a top view, a side view and an end view thereof are shown in FIGS. 17a to 17c.

The second-type link members 6 are produced using the same method as illustrated above.

The finished link members 4, 6 produced according to the steps described above and the fastener 8 may then be assembled together by the pins 10. The novel wristband 1 made in accordance with the present invention provides an unusual aesthetic appearance. Surfaces of the exposed inner portion 12 (of each link member 4), which is made principally of stainless steel, provide metallic appearance. The stainless steel may be electroplated with a material having a gold or silver color. Various color additives may be added to the injection moldable material before injection moulding and the outer portion 14 of the link members may thus have such color. As can be seen, a band made according to the present invention is capable of having a very wide combination of colors from the exposed surfaces of the metallic inner portion, and the injection-molded jacket allows the design of many different patterns or ornament. It is to be noted that the exposed surface of the inner portion of each of link member 4, 6 includes an exposed top surface and side surfaces as shown in FIGS. 17a to 17c. The shape of the inner portion 12 may be designed so that different combinations of surfaces may be exposed after the moulding step.

Second and third embodiments of a component for a watch and a method of manufacture thereof according to the present invention are shown in FIGS. 18a to 34c and FIGS. 35a to 51c respectively. The component in these two embodiments is also a wristband. In these two embodiments, construction of its link members, wristbands and method of manufacture thereof are generally similar to that of the first embodiment as explained above and illustrated in FIGS. 1a to 17c and are therefore not repeated here. However, it is to be noted that the link members in the second and third embodiments are of different shapes and dimensions and the exposed surfaces of the inner portion of the link members are different. In the second embodiment, the wristband shown therein is formed of third and fourth link members together with a fastener and pins. In the third embodiment, the wristband shown therein is formed of fifth, sixth and seventh link members together with a fastener and pins. As a result, the overall appearance of the wristbands in these two embodiments produces a different aesthetic appearance.

A fourth embodiment of a component for a watch and a method of manufacture thereof according to the present invention are shown in FIGS. 52a to 58b. The component in this embodiment is a watchcase instead of a wristband. In this embodiment, construction of the watchcase and method of manufacture thereof are generally similar to that of the first three embodiments. However, it is to be noted that an

10

inner portion of the watchcase after having being cut from a steel blank (see FIG. 52b) and pressed into a desired shape (see FIG. 53b) is subject to a further process such that grooves and recesses (e.g. for accommodating movement and front and back covers of the watchcase) are formed on the inner portion (see FIGS. 56a and 56b). As shown in FIGS. 58a and 58b, the finished watchcase comprises of a region 100 with the inner portion exposed and a region 102 of the injection-molded material.

Fifth and sixth embodiments of a component for a watch and a method of manufacture thereof according to the present invention are shown in FIGS. 59a to 61m and FIGS. 62a to 64i respectively. The components in these two embodiments are also watchcases. In these two embodiments, construction of the watchcases and method of manufacture thereof are generally similar to that of the first to fourth embodiments as explained above and are therefore not repeated here. However, it is to be noted that the watchcases in the fifth and sixth embodiments are generally of rectangular shape.

A seventh embodiment of a component for a timepiece and a method of manufacture thereof according to the present invention are shown in FIGS. 65a to 66i. The component in this embodiment is a buckle component for adjusting the length of a wristband and fastening the wristband to a user and may be called as length adjuster or fastener. In particular, FIGS. 65a and 65b show steps for forming an inner portion of the buckle component, FIGS. 65c and 65d show the side and top views of an inner portion of the buckle component, FIGS. 66a to 66g show steps for moulding injection moldable material onto the inner portion, and FIGS. 66h and 66i show the top and side views of the finished buckle component. It is to be noted in FIGS. 66h and 66i that a region 104 of the inner portion is exposed. A region 106 of the injection-molded material is of course also exposed.

It is envisaged that a watch comprising a matching watchcase, band and fastener according to the present invention exhibits an unusual appearance in that there are exposed alternate metallic regions and injection-molded regions. It is to be noted that unlike watches made principally of stainless steel, a watch made with the components according to the present invention retains the metallic strength, but yet is lighter because there is a lower content of metallic material and can be more durable because at least part of the metallic portion of the watch is protected by a injection-molded material.

Although the invention described above show seven embodiments, it is envisaged that components with a variety of patterns may be produced with surfaces having different combinations of metallic and injection-molded regions. For example, a watch may be constructed to include one or more of a watchcase, wristband and buckle component according to the present invention. It is also to be noted that the whole content of published UK Patent Publication No. 2374516 incorporated herein.

What is claimed is:

1. A band for a timepiece comprising a plurality of inter-connected links, at least one said link including a first portion made at least principally of a metallic material and a second portion made at least principally of an injection moldable material and fixedly secured thereto and molded thereover by injection moulding, wherein said injection moldable material is a natural rubber material, a synthetic rubber material, a silicon compound or a polymeric material selected from the group consisting of thermoplastic polyurethane, thermoplastic elastomer, acrylonitrile butadi-

US 6,964,153 B2

11

ene styrene, polycarbonate and polyvinyl chloride, and wherein protrusions and/or recesses are provided at at least one end of said links allowing connection of said links with each other.

**2.** A band according to claim **1,** wherein said first portion is at least partially enveloped by said second portion.

**3.** A band according to claim **1,** wherein said links are inter-connected by at least a pin.

**4.** A band according to claim **1,** wherein two of said adjacent links are connected at said protrusions and recesses.

**5.** A band according to claim **1,** wherein said links are provided with a plurality of apertures at said protrusions and recesses.

**6.** A band according to claim **5,** wherein said pin connects said links at said apertures.

**7.** A band according to claim **1,** wherein two said links which are adjacent to each other are pivotably movable relative to each other.

**8.** A band according to claim **1,** wherein said metallic material is stainless steel.

**9.** A combination of a band according to claim **1** and a length adjuster for adjusting the length of said band, wherein said length adjuster comprises a first portion made at least principally of a metallic material and a second portion made at least principally of an injection moldable material.

**10.** A combination according to claim **9,** wherein said second portion of said length adjuster is fixedly secured to said first portion of said length adjuster by molded thereover.

**11.** A combination according to claim **9,** wherein said first and second portions of said length adjuster are connected together by snap-fitting.

12

**12.** A combination according to claim **9,** wherein said injection moldable material of said length adjuster is a synthetic rubber material, a natural rubber material, a silicon compound or a polymeric material selected from the group consisting of thermoplastic polyurethane thermoplastic elastomer, acrylonitrile butadiene styrene, polycarbonate and polyvinyl chloride.

**13.** A combination according to claim **9,** wherein said metallic material is stainless steel.

**14.** A combination of a band according to claim **1** and a case for a timepiece, wherein said case comprises a first portion made at least principally of a metallic material and a second portion made at least principally of an injection moldable material and fixedly secured thereto and molded thereover by injection moulding.

**15.** A combination according to claim **14,** wherein said injection moldable material of said case is a synthetic rubber material, a natural rubber material, a silicon compound or a polymeric material selected from the group consisting of polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene, polycarbonate and polyvinyl chloride.

**16.** A combination according to claim **14,** wherein said case is connectable to said band.

**17.** A combination according to claim **14,** wherein said metallic material of said case is stainless steel.

**18.** A timepiece comprising a band as defined in claim **1.**

\* \* \* \* \*

# EXHIBIT B



# Certificate of Grant of Patent

Patent Number:     GB2374516

Proprietor(s):     Wing Hon Metal Manufactory Ltd

Inventor(s):     Chin H E So
                     Chin P So

*This is to Certify that, in accordance with the Patents Act 1977,*

a Patent has been granted to the proprietor(s) for an invention entitled **"Band for timepiece and method of manufacturing same"** disclosed in an application filed **2 January 2002.**

Dated 4 June 2003



**Alison Brimelow**
*Comptroller General of Patents,
Designs and Trade Marks*
UNITED KINGDOM PATENT OFFICE

**The attention of the proprietor(s) is drawn to the important notes overleaf.**

**IMPORTANT NOTES FOR PROPRIETORS OF UNITED KINGDOM PATENTS**

**1.  DURATION OF PATENT AND PAYMENT OF RENEWAL FEES**

(i)     Your patent took full effect on the date of the certificate, as shown overleaf.

(ii)    By paying annual renewal fees, you can keep your patent in force for 20 years from the date of filing of the patent application, which is also shown overleaf.

(iii)   The annual renewal fee is due on the fourth and each subsequent anniversary of the date of filing of the patent application.  The fee can be paid up to three months before each such anniversary of the filing date. Each renewal fee payment should be accompanied by Patents Form 12/77.  If the Form with the fee is not lodged in the Patent Office by the anniversary of the filing date, the fee can still be paid at any time during the following six months.  However, you may have to pay a late payment fee.  The patent will cease if the renewal fee (and any late payment fee) is not paid before the end of the six month period.  When renewing the patent it is advisable to check the current fee rates.

(iv)    It is important that you should set up and maintain effective renewal arrangements to ensure that renewal fees are paid on time.  You should not wait for any reminder from the Patent Office before paying the fee.  The Patent Office will send a reminder to the last recorded address for service within six weeks after the anniversary of the date of filing, but this reminder is only intended to alert you to the possible failure of your renewal arrangements.

**2.  PROCEDURE FOR PAYMENT OF RENEWAL FEES**

Patents Form 12/77, together with the fee(s) and fee sheet (FS2) should be addressed to "The Cashier,  The Patent Office, Concept House, Cardiff Road, Newport, South Wales NP10 8QQ" and may be posted or delivered by hand to this address.  Alternatively, they may be delivered by hand to The Patent Office at Harmsworth House, 13-15 Bouverie Street, London, EC4.

Blank Patents Forms 12/77 and fee sheets (FS2) can be requested by post from The Central Enquiry Unit, The Patent Office, Concept House, Cardiff Road, Newport, South Wales NP10 8QQ, by telephone on 08459-500505 (Minicom 08459-222250), by fax on 01633-813600 or by e-mail (enquiries@patent.gov.uk). The Forms and fee sheets can also be downloaded from the Patent Office website (www.patent.gov.uk).

**3.  REGISTRATION OF OWNERSHIP AS EVIDENCE OF ENTITLEMENT**

Any person who becomes legally entitled to a patent or to a share or interest in a patent should apply to the Patent Office to register their entitlement, share or interest.

Wing Hon Metal Manufactory Ltd
c/o Lloyd Wise
Commonwealth House
1-19 New Oxford Street
LONDON
WC1A 1LW

**For further information or assistance you can contact the Central Enquiry Unit of the Patent Office as indicated above.**



(12) UK Patent (19) GB (11) 2 374 516 (13) B

(45) Date of publication:    04.06.2003

(54) Title of the invention: Band for timepiece and method of manufacturing same

(51) Int Cl⁷: A44C 5/02

(21) Application No:        0200046.1

(22) Date of Filing:        02.01.2002

(43) Date A Publication:    23.10.2002

(52) UK CL (Edition V):
A3H H1X H31B

(56) Documents Cited:
EP 0570638 A1        EP 0081464 A1
EP 0064031 A1        CH 000666994 A
JP 070329110 A        JP 2000300314 A

(58) Field of Search:
As for published application 2374516 A viz:
UK CL (Edition T ) A3H H1X H3 H31B H7
H8
INT CL⁷ A44C 5/00 5/02 5/08 11/00 11/02
Other: Online: EPODOC, JAPIO, WPI.
updated as appropriate

(72) Inventor(s):
Chin Hung Eddy So
Chin Ping So

(73) Proprietor(s):
Wing Hon Metal Manufactory Ltd
(Incorporated in Hong Kong)
Units A & B,10F,Block No.1,
Wah Fung Industrial Centre,
33-39 Kwai Fung Crescent, Kwai Chung,
New Territories, Hong Kong

(74) Agent and/or Address for Service:
Lloyd Wise
Commonwealth House,
1-19 New Oxford Street, LONDON,
WC1A 1LW, United Kingdom

237451E

1/51



Fig.1b    Fig.1a

Fig.2b    Fig.2a

Fig.2c

2/51

Fig. 3 a



B

A

12

14

10

26

A

B

Fig. 3b







Fig. 3 c



Fig. 3 d

3/51

Fig. 4a



Fig. 4b



Fig. 4c



4/51



Fig. 5a



Fig. 5b



Fig. 5c

5/51

Fig. 6a



28

Fig. 6b



Fig. 6c



6/51

Fig. 7a



Fig. 7b



Fig. 7c



7/51

Fig. 8

.8/51

Fig. 9a                                    32



Fig. 9b                              32.

34

38

42

40

36

44

9/51

Fig. 10a



Fig. 10b



10/51

Fig. 11a



Fig. 11b



32

44

12

11/5/

Fig. 12a





Fig. 12b



12

Fig. 12c





12

12/51

Fig. 13a



48

Fig. 13b



12

12

46

48

48

13/51

Fig. 14a



Fig. 14b



14/51



Fig. 15a



Fig. 15b

15/51

Fig.16a



Fig.16b



60

16/51

Fig. 17b

Fig. 17a



Fig. 17c



17/51


Fig. 18d


Fig. 18c


Fig. 18b                Fig. 18a









18/51

Fig.19a



Fig.19b







Fig.19c

Fig.19d

19/51

Fig. 20a





Fig. 20b





Fig. 20c

20/51

Fig.21a

Fig. 21b







Fig. 21c

21/51

Fig.22a

Fig.22b





Fig.22c



22/51

Fig.23a



Fig.23b





Fig. 23c

23/51



Fig. 24a

Fig. 24b

24/51

Fig. 25a



Fig. 25b



25/51

Fig. 26a



Fig. 26b



26/51

Fig. 27a



Fig. 27b



27/51

Fig. 28a



Fig. 28b





28/51

Fig. 29a

Fig. 29b





Fig. 29c



29/51

Fig. 30a



Fig. 30b



30/51

Fig. 31a



Fig. 31b



31/51

Fig.32a

Fig.32b



32/51

Fig. 33a



Fig. 33b



33/51

Fig. 34a

Fig. 34b

 



Fig. 34c

34/51

Fig.35b          Fig.35a

Fig.35c

Fig.35d



Fig.35e





35/51

Fig. 36a

Fig. 36b





Fig. 36c



36/51

Fig. 37a



Fig. 37b



A ——— A





Fig. 37c

37/51

Fig.38a



Fig.38b



A —    — A





Fig.38c

38/51

Fig. 39 a

Fig. 39 c





Fig. 39 b



39/51

Fig.40a

Fig.40c







A — A



Fig.40b



40/51

Fig. 41b



Fig. 41a



Fig. 41c



41/51

Fig. 42



42/51

(

Fig 43a



F.g. 43b





43/51

Fig. 44 a



Fig. 44 b



44/51

Fig. 45a



F.g. 45b



45/51

Fig. 46a



Fig. 46b







(

46/51

Fig. 46c

Fig. 46d



A |

A |





Fig. 46e

'47/5/

Fig. 47a



Fig. 47b



48/51



Fig. 48a

Fig. 48b

49/51



Fig. 49a

Fig. 49b



5c/51

Fig. 50a



Fig. 50b



51/51

Fig.51a                    Fig.51b



Fig.51c




2374516

1

## BAND FOR TIMEPIECE AND METHOD OF MANUFACTURING SAME

The present invention relates to a band for a timepiece and in particular a wristband for a watch.

There are a variety of watches equipped with different types of wristbands. The wristbands may be made predominantly of a single material selected from a variety of materials such as metal.

It is an object of the present invention to provide a band for a timepiece which is relatively light, durable and aesthetic, or at least to provide a useful alternative to the public.

It is a further object of the present invention to provide a method of manufacturing such a band.

According to a first aspect of the present invention, there is provided a band for a timepiece (e.g. watch) comprising a plurality of inter-connected links, at least one said link including a first portion made at least principally of a metallic material and a second portion made at least principally of a polymeric material, and fixedly secured

2

thereto and molded thereover by injection molding, wherein
the polymeric material is selected from the group
consisting thermoplastic polyurethane, thermoplastic
elastomer, acrylonitrile butadiene styrene and
polycarbonate.

According to a second aspect of the present invention,
there is provided a method of manufacturing a band for a
timepiece, comprising the steps of (a) positioning a link
element made at least principally of a metal in a mould of
a molding machine, (b) injecting a polymeric material into
a cavity of said mould whereby said polymeric material
envelopes at least part of said link element, wherein said
polymeric material is selected from the group consisting of
thermoplastic polyurethane, thermoplastic elastomer,
acrylonitrile butadiene styrene and polycarbonate, (c)
allowing said injected polymeric material to solidify
whereby said link element and said solidified polymeric
material together form a link, (d) releasing said link from
said mould, and (e) connecting a plurality of said links.

A surface of the first portion may be exposed to the
environment. In the event that the first portion is made
of stainless steel having a metallic and/or shiny

- 3 -

appearance, the exposed surface of the first portion and the second portion together produce an unusual aesthetic appearance.

Suitably, the links are inter-connected by at least a pin.

Advantageously, protrusions and/or recesses may be provided at at least one end of the links allowing connection of the links with each other.  Two of the links adjacent to each other may be connected at the protrusions and recesses.  In particular, the links may provide a plurality of apertures at the protrusion and recesses.  More particularly, the pin may connect the links at the apertures.  Two of the links which are adjacent to each other may be pivotally movable relative to each other.

The link element may be made principally of stainless steel.

Suitably, the band may comprise means for adjusting the length of the band.

Advantageously, after the step of releasing the link from the mould, a surface of the metallic member may be exposed

4

to the environment. Similarly, after the same step, a surface of the metallic member is protected by the polymeric material. A band formed of a plurality of the links may thus provide an appearance having alternating

5   and/or combining exposed surfaces of the metallic members and the solidified polymeric material.

The invention will now be described by way of example only, with reference to the accompanying drawings, in which:-

10

Fig. 1a is a top view showing a band for a timepiece according to a first embodiment of the present invention, generally formed of a plurality of first and second links; Fig. 1b is a side view of the band shown in Fig. 1a;

15   Fig. 2a is a top view of two of the first links shown in Fig. 1a;

Fig. 2b is a side view of the first links shown in Fig. 2a;

Fig. 2c is an end view of the first links shown in Fig. 2a;

Fig. 3a is a top view of two of the first links shown in

20   Fig. 1a connected with each other;

Fig. 3b is a side view of the two first links shown in Fig. 3a;

Fig. 3c is a cross-section view of the two first links taken along line B-B of Fig. 3a;

Fig. 3d is a cross-section view of the two first links taken along line A-A of Fig. 3a;

Fig. 4a is a top view of an interior portion of the first link shown in Fig. 2a;

5    Fig. 4b is a cross-section view of the interior portion of the first link taken along line A-A of Fig. 4a;

Fig. 4c is a side view of the interior portion of the first link shown in Fig. 4a;

Fig. 5a is an alternative top view of the first link shown
10   in Fig. 2a incorporating the interior portion shown in Fig. 4a;

Fig. 5b is a cross-section view of the first link taken along line A-A of Fig. 5a;

Fig. 5c is a side view of the first link shown in Fig. 5a;

15   Fig. 6a is a top view of an interior portion of one of the second links of the band shown in Fig. 1a;

Fig. 6b is an end view of the interior portion of the second link shown in Fig. 6a;

Fig. 6c is a side view of the interior portion of the second
20   link shown in Fig. 6a;

Fig. 7a is a top view of the second link incorporating the interior portion shown in Fig. 6a;

Fig. 7b is a cross-section view of the second link taken along line A-A of Fig. 7a;

- 5 -

Fig. 7c is a side view of the second link shown in Fig. 7a;

Fig. 8 is a side view of a pin of the band shown in Fig. 1a;

Figs. 9a to 11b show a series of steps for producing the interior portion of the first link shown in Figs. 4a to 4c;

5 Figs. 12a to 12c are different views of the interior portion of the first link produced from the steps illustrated in Figs. 9a to 11b;

Figs. 13a to 16b show a series of steps for moulding an exterior portion onto the interior portion of the first link shown in Figs. 12a to 12c;

10 Fig. 17a is a top view of the finished first link produced from the steps illustrated in Figs. 13a to 16b;

Fig. 17b is a side view of the finished first link shown in Fig. 17a;

15 Fig. 17c is an end view of the finished first link shown in Fig. 17a;

Fig. 18a is a top view showing a band for a timepiece according to a second embodiment of the present invention, generally formed of a plurality of third and fourth links;

20 Fig. 18b is a side view of the band shown in Fig. 18a;

Fig. 18c is a top view of one of the third links shown in Fig. 18a;

Fig. 18d is a side view of the third link shown in Fig. 18c;

- 6 -

Fig. 19a is a top view of two of the third links shown in Fig. 18a connected with each other,

Fig. 19b is a side view of the two third links shown in Fig. 19a,

5    Fig. 19c is a cross-section view of the third links taken along line B-B of Fig. 19a;

Fig. 19d is a cross-section view of the two third links taken along line A-A of Fig. 19a;

Fig. 20a is a top view of an interior portion of the third

10    link shown in Fig. 18c;

Fig. 20b is a cross-section view of the interior portion of the third link taken along line A-A of Fig. 20a;

Fig. 20c is a side view of the interior portion of the third link shown in Fig. 20a;

15    Fig. 21a is an alternative top view of the third link shown in Fig. 18c incorporating the interior portion shown in Fig. 20a;

Fig. 21b is a cross-section view of the third link taken along line A-A of Fig. 21a;

20    Fig. 21c is a side view of the third link shown in Fig. 21a;

Fig. 22a is a top view of an interior portion of one of the fourth links of the band shown in Fig. 18a;

Fig. 22b is an end view of the interior portion of the fourth link shown in Fig. 22a;

- 7 -

Fig. 22c is a side view of the interior portion of the fourth link shown in Fig. 22a;

Fig. 23a is a top view of the fourth link incorporating the interior portion shown in Fig. 22a;

5    Fig. 23b is a cross-section view of the fourth link taken along line A-A of Fig. 23a;

Fig. 23c is a side view of the fourth link shown in Fig. 23a;

Figs. 24a and 24b are side views of two pins which may be 10 used in the band shown in Fig. 18a;

Figs. 25a to 28b show a series of steps for producing the interior portion of the third link shown in Figs. 20a to 20c;

Figs. 29a to 29c are different views of the interior portion 15 of the third link produced from the steps illustrated in Figs. 25a to 28b;

Figs. 30a to 33b show a series of steps for moulding an exterior portion onto the interior portion of the third link shown in Figs. 29a to 29c;

20    Fig. 34a is a top view of the finished third link produced from the steps illustrated in Figs. 30a to 33b;

Fig. 34b is an end view of the finished third link shown in Fig. 34a;

- 8 -

Fig. 34c is a side view of the finished third link shown in Fig. 34a;

Fig. 35a is a top view showing a band for a timepiece according to a third embodiment of the present invention,
5 generally formed of a plurality of fifth, sixth and seventh links;

Fig. 35b is a side view of the band shown in Fig. 35a;

Fig. 35c is a top view of one of the fifth links shown in Fig. 35a;

10 Fig. 35d is a side view of the fifth link shown in Fig. 35c;

Fig. 35e is an end view of the fifth link shown in Fig. 35c;

Fig. 36a is a top view of two of the fifth links shown in Fig. 35a connected with each other,

Fig. 36b is a side view of the two fifth links shown in Fig.
15 36a;

Fig. 36c is a cross-section view of the two fifth links taken along line A-A of Fig. 36a;

Fig. 37a is a top view of the interior portion of the fifth link shown in Fig. 35c;

20 Fig. 37b is a side view of the interior portion of the fifth link shown in Fig. 37a;

Fig. 37c is a cross-section view of the interior portion of the fifth link taken along line A-A of Fig. 37a;

- 9 -

Fig. 38a is an alternative top view of the fifth link shown in Fig. 35c incorporating the interior portion shown in Fig. 37a;

Fig. 38b is a side view of the fifth link shown in Fig. 38a;

5    Fig. 38c is a cross-section view of the fifth link taken along line A-A of ·Fig. 38a;

Fig. 39a is a top view of an interior portion of one of the sixth links of the band shown in Fig. 35a;

Fig. 39b is an end view of the interior portion of the sixth

10    link shown in Fig. 39a;

Fig. 39c is a side view of the interior portion of the sixth link shown in Fig. 39a;

Fig. 40a is a top view of the sixth link incorporating the interior portion shown in Fig. 39a;

15    Fig. 40b is a cross-section view of the sixth link taken along line A-A of Fig. 40a;

Fig. 40c is a side view of the sixth link shown in Fig. 40a;

Fig. 41a is a top view of one of the seventh links of the band shown in Fig. 35a;

20    Fig. 41b is a side view of the seventh link shown in Fig. 41a;

Fig. 41c is an end view of the seventh link shown in Fig. 41a;

Fig. 42 is a side view of a pin of the band shown in Fig. 35a;

Figs. 43a to 46b show a series of steps for producing the interior portion of the fifth link shown in Figs. 37a to
5 · 37c;

Figs. 46c to 46e are different views of the interior portion of the fifth link produced from the steps illustrated in Figs. 43a to 46b;

Figs. 47a to 50b show a series of steps for moulding the
10 exterior portion onto the interior portion of the fifth link shown in Figs. 46c to 46e;

Fig. 51a is a top view of the finished fifth link produced from the steps illustrated in Figs. 47a to 50b;

Fig. 51b is an end view of the finished fifth link of Fig.
15 51a; and

Fig. 51c is another side view of the finished fifth link shown in Fig. 51a.


A first embodiment of a wristband for a watch and a method
20 of manufacture thereof according to the present invention are shown in Figs. 1a to 17c, and the wristband is generally designated as 1. Referring firstly to Fig. 1a, a body 2 of the wristband 1 comprises a plurality of link members 4, 6 and a fastener 8. The fastener 8 may be used for adjusting

the length of the wristband 1, thus enabling a watch (not shown) with which the wristband 1 is engaged to be worn by a user.  Two types of link members (4, 6) are used in this embodiment.  The first-type of the link members 4, which is

5   shown in Figs. 2a to 2c, constitutes the majority of the body 2 of the wristband 1.  The second-type link members 6 are arranged on opposite sides of and immediately adjacent to the fastener 8.

10  The link members 4, 6 and the fastener 8 are connected together by connecting means, such as pins 10 as shown in Fig. 8.

    Figs. 2a to 2c show, respectively, the top, side and end

15  views of the first-type link member 4.  Figs. 3a and 3b show the top and side views of two of the first-type link members 4 connected together.  Figs. 3c and 3d show the cross-section views of the two first-type link members 4 taken along lines B-B and A-A of Fig. 3a respectively.  The first-

20  type link members 4 are connected by the pins 10 whereby each of these first-type link members 4 may pivotably move relative to the adjacent link member (4 and/or 6).

- 12 -

Referring to Figs. 1a to 3d, each link member 4 generally comprises an inner (or interior) portion 12 (or link element) and an outer (or exterior) portion 14. Fig. 4a shows a top view of the inner portion 12 of the first-type

5  link member 4. Fig. 4b shows a cross section view of the inner portion of the link member 4 and Fig. 4c shows a side view of the inner portion of the same link member 4. The inner portion 12 is made principally of stainless steel although other suitable metallic material may also be used.

10  Figs. 5a to 5c show the first-type link member 4 including both the inner portion 12 shown in Fig. 4a and an outer portion 14. The outer portion 14 is made of a polymeric material, e.g. thermoplastic polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene or polycarbonate.

15

Turning specifically to Fig. 5a, a tongue-shaped protrusion 16 is provided on one end of the link member 4 and a recess 18 sandwiched by two legs 22 is provided on the opposite end thereof whereby the protrusion 16 of the link member 4 is

20  engageable with a recess 18 of its adjacent link member 4 arranged therebelow. Such an arrangement is shown more clearly in Figs. 3a to 3d. A channel 20 with two apertures 21a, 21b on its ends thereof is provided within the protrusion 16 and arranged from left to right thereof and

- 13 -

such is illustrated by the dashed lines at numeral 20.  A further channel 24, also with two apertures 22a, 22b at its ends (and such is illustrated by the dashed lines at numerals 24), is provided within each of the legs 22,

5   whereby when the protrusion 16 of the link member 4 is received within the recess 18 of its adjacent link member 4, the channel 20 of the protrusion 16 of the link member 4 and the channels 24 of the legs 22 of its adjacent link member 4 are aligned to form a continuous channel 26 through which

10   the pin 10 may be inserted.  Referring to Figs. 3a to 3d, the pin 10 serves as means for connecting two adjacent link members 4.  The pin 10 is sized and shaped to fit tightly in the channel 26.

15   Fig. 6a shows a top view of an inner portion 28 of the second-type link member 6 used in the first embodiment. Figs. 6b and 6c are respectively end view and side view of the inner portion 28.  Fig. 7a shows a top view of the second-type link member 6 incorporating the inner portion 28

20   and an outer portion 30.  Similar to the first-type link members 4, the inner portion 28 of the second-type link member 6 is made principally of stainless steel and the outer portion 30 is made of a polymeric material.

- 14 -

Figs. 9a to 11b show the process of manufacturing the inner portion 12 of the first-type link member 4.  The process firstly involves the use of a conventional cutting/punching machine.  Figs. 9a and 9b show the top view and a side view

5  respectively of such a punching machine 32.  The punching machine 32 comprises a presser 34 and a station 36.  The presser 34 includes an upper mould 38 while the station 36 includes a lower mould 40.  During the cutting process, a steel plate 42 is firstly inserted between the upper and

10  lower moulds 38, 40, after which the presser 34 is pressed down causing the upper mould 38 to stamp onto the lower mould 40 through the steel plate 42.  A steel blank 44 is thereby cut out and removed from the steel plate 42.  The steel blank 44 thus produced has a shape roughly

15  corresponding to the overall shape of the inner portion 12 of the link member 4.

The steel blank 44 is then subject to a pressing step which is shown in Figs. 10a and 10b.  In this step, the steel

20  blank 44 is pressed and deformed by a conventional pressing machine 45 to a desired shape and curvature.  If the shape of the resultant inner portion is relatively complicated, it may be necessary to press the steel blank 44 more than once, to ensure that the required shape is formed.

- 15 -

Usually, burr 47 will be formed after the pressing step.  In
this case, the pressed blank 44 will then be again processed
by the punching machine 32 (see Figs. 11a and 11b) to cut
5    off the burr 47.  An inner portion 12 of the link member 4
is produced, as shown in dashed line in Fig. 11b.  The inner
portion 12 produced after the above steps will possess the
required shape, dimension and surface.  In Fig. 12a, the top
view of the inner portion 12 of the link member 4 produced
10   by the above steps is shown.  Figs. 12b and 12c show a side
view and an end view of the same inner portion 12.

After the inner portion 12 is produced, it is positioned in
a mould 46 of an injection-moulding machine 48 as shown in
15   Figs. 13a and 13b.  The mould 46 comprises an upper member
50 and a lower member 52 (as shown in Fig. 14b) which
together define a cavity 54 in which the inner portion 12 is
housed.  The mould 46 defining the cavity 54 is sized and
shaped with the desired characteristics to produce the link
20   member 4.  After the inner portion 12 is properly positioned
in the lower member 52 of the mould 46, the upper member 50
of the mould 46 will move downward to engage with the lower
member 52, defining the cavity 54 described above.   A
suitable   fluid   polymeric   material,   e.g.   thermoplastic

- 16 -

polyurethane, thermoplastic elastomer, acrylonitrile butadiene styrene or polycarbonate, is then injected into the cavity 54. A channel 58 is provided in the upper member 50 through which the polymeric material is injected into the

5 mould cavity 54. Once the injection is completed, the inner portion 12 is at least partially enveloped in and/or moulded over with the polymeric material. The polymeric material is then allowed to cool down and solidify so that the inner portion 12 and an outer portion 14 formed of the solidified

10 polymeric material are fixedly secured together and become one continuous piece. The inner portion 12, which has been coated with a jacket of the polymeric material, is then released by being pushed upwardly away from the mould by a push pin 60 as shown in Fig. 16b. In Figs. 13a to 16b, two

15 inner portions 12 are moulded with the polymeric material together. After being released from the mould 46, the jacketed inner portions are subject to trimming to remove the unnecessary polymeric material and polishing to provide a finished appearance of the link member 4, a top view, a

20 side view and an end view thereof are shown in Figs. 17a to 17c.

The second-type link members 6 are produced using the same method as illustrated above.

- 17 -

The finished link members 4, 6 produced according to the
steps described above and the fastener 8 may then be
assembled together by the pins 10.  The novel wristband 1

5   made in accordance with the present invention provides an
unusual aesthetic appearance.  Surfaces of the exposed inner
portion 12 (of each link member 4), which is made
principally of stainless steel, provide metallic appearance.
The stainless steel may be electroplated with a material

10  having a gold or silver color.  Various color additives may
be added to the polymeric material before injection moulding
and the outer portion 14 of the link members may thus have
such color.  As can be seen, a band made according to the
present invention is capable of having a very wide

15  combination of colors from the exposed surfaces of the
metallic inner portion, and the polymeric jacket allows the
design of many different patterns or ornament.  It is to be
noted that the exposed surface of the inner portion of each
of link members 4, 6 includes an exposed top surface and

20  side surfaces as shown in Figs. 17a to 17c.  The shape of
the inner portion 12 may be designed so that different
combinations of surfaces may be exposed after the moulding
step.

Second and third embodiments of a wristband for a watch and a method of manufacture thereof according to the present invention are shown in Figs. 18a to 34c and Figs. 35a to 51c respectively. In these two embodiments, construction of its

5  link members, wristbands and method of manufacture thereof are generally similar to that of the first embodiment as explained above and illustrated in Figs. 1a to 17c and are therefore not repeated here. However, it is to be noted that the link members in each of the second and third

10 embodiments are of different shapes and dimensions and the exposed surfaces of the inner portion of the link members are different. In the second embodiment, the wristband shown therein is formed of third and fourth link members together with a fastener and pins. In the third embodiment,

15 the wristband shown therein is formed of fifth, sixth and seventh link members together with a fastener and pins. As a result, the overall appearance of the wristbands in these two embodiments produces a different aesthetic appearance.

20 Although the invention described above show three embodiments, it is envisaged that wristbands with a variety of patterns may be produced with surfaces having different combinations of metallic and polymeric regions.

- 19 -

20

**Claims**

5   1.   A band for a timepiece comprising a plurality of
inter-connected links, at least one said link
including a first portion made at least principally of
a metallic material and a second portion made at least
principally of a polymeric material and fixedly
10   secured thereto and molded thereover by injection
molding, wherein said polymeric material is selected
from the group consisting of thermoplastic
polyurethane, thermoplastic elastomer, acrylonitrile
butadiene styrene and polycarbonate.

15

2.   A band according to Claim 1 wherein said first portion
is at least partially enveloped by said second
portion.

20   3.   A band according to any preceding claim wherein said
links are inter-connected by at least a pin.

4.   A band according to any preceding claim wherein
protrusions and/or recesses are provided at at least

·2·

one end of said links allowing connection of said links with each other.

5. A band according to Claim 4 wherein two of said
5  adjacent links are connected at said protrusions and recesses.

6. A band according to Claim 4 wherein said links provide a plurality of apertures at said protrusions and
10  recesses.

7. A band according to Claim 6 wherein said pin connects said links at said apertures.

15  8. A band according to any preceding claim wherein two said links which are adjacent to each other are pivotably movable relative to each other.

9. A band according to any preceding claim wherein said
20  metallic material is stainless steel.

10. A band according to any preceding claim comprising means for adjusting the length of said band.

· 22

11.   A method of manufacturing a band for a timepiece
      comprising the steps of:-

      (a)   positioning a link element made at least
            principally of a metal in a mould of a molding
5           machine;

      (b)   injecting a polymeric material into a cavity of
            said mould whereby said polymeric material
            envelopes at least part of said link element,
            wherein said polymeric material is selected from
10          the group consisting of thermoplastic
            polyurethane, thermoplastic elastomer,
            acrylonitrile butadiene styrene and
            polycarbonate;

      (c)   allowing said injected polymeric material to
15          solidify whereby said link element and said
            solidified polymeric material together form a
            link;

      (d)   releasing said link from said mould; and

      (e)   connecting a plurality of said links.
20

12.   A method according to Claim 11 wherein said link
      element is made at least principally of stainless
      steel.

23

13. A method according to Claim 11 or 12 wherein said plurality of links are connected by pins.

14. A method according to Claim 11 wherein after said step (d), at least part of said link element is exposed to the environment.

15. A method according to Claim 11 wherein after said step (d), at least part of said link element is protected by said polymeric material.

16. A method according to Claim 11 wherein said link element is formed by the following steps:

(f) cutting a blank from a plate or slab made at least principally of said metal; and

(g) pressing said blank.

17. A method according to Claim 16 wherein said blank is cut from said plate or slab by a punching machine.

18. A method according to Claim 16 or 17 wherein said blank is pressed by a pressing machine.

19. A method according to Claim 17 or 18 wherein, after said step (g), said pressed blank is processed at least a second time by a or said punching machine.

24

20.  A band for a timepiece substantially as hereinbefore described and as illustrated with reference to the accompanying drawings.

5  21.  A method of manufacturing a band for a timepiece substantially as hereinbefore described and as illustrated with reference to the accompanying drawings.

10

# EXHIBIT C

# 朱羅劉律師事務所
# JOSEPH CHU, LO & LAU

SOLICITORS & NOTARIES, AGENTS FOR TRADE MARKS & PATENTS

Suite 1501 & 1503, Chinachem To
34-37 Connaught Road Central,
Hong Kong.
Tel: 2526 2077, 2415 7278
Fax: 2845 0354, 2415 7915
E-mail: jcll@ccib.com.hk

香港中環干諾道中34-37號
華懋大廈1501及1503室
電話：2526 2077, 2415 7278
傳真：2845 0354, 2415 7915
電子郵箱：jcll@ccib.com.hk

*Our Ref:* EL/CIV/W1393/15621/2006     *Your Ref:*     *Date*     2nd June 2006

Please reply to/attention
*Mr/Ms:* Eric Lau/David Mok

Cartier S.A.                                                    BY HAND
c/o Richemont Asia Pacific Limited
Ground Floor, Prince's Building
8A Chater Road
Hong Kong

Dear Sirs,

Re : Infringement of Patent

We act for Wing Hon Metal Manufactory Limited.

Our client is a reputable manufacturer of wristwatch, wrist bands and other jewellery products and has been a supplier for various world famous watch brands for many years. Our client has spent tremendous resources on its development on designs and inventions over the years.   In particular, our client is the proprietor of the UK Patent No.GB2374516, a copy of the relevant Certificate of Grant of Patent is enclosed for your reference.

It has come to our client's attention that without prior authorization from our client, you have been manufacturing, distributing, offering for sale, selling and/or otherwise in any way dealing in or with or promoting a recently launched wristwatch named as "Pasha Seatimer" which infringes our client's proprietary rights under the aforesaid patent.   Our client has evidence to confirm your such activities which are still going on at the moment in terms of sales and promotional activities through various media including the internet.

Our client cannot tolerate further infringement of its right and has taken such a serious view that it has instructed us to take out legal proceedings for appropriate legal remedies to stop your act of infringement including a permanent injunction, disclosure, delivery up of offending materials, damages, costs and other related reliefs.   However, our client does not wish to do so if the matter could be settled amicably.

We hope that you will give your co-operation and let us have your favourable reply as soon as possible.   Unless this matter is settled amicably within 14 days, our client shall have no alternative but to take such steps as are necessary, including commencement of legal proceedings in order to protect its right and interest.

............/2

| Partners | | Consultants | | |
|---|---|---|---|---|
| RAYMOND K. K. LO LL.B. 羅建基律師 | ERIC W. Y. LAU I.L.B. 劉宏業律師 | JOSEPH K. K. CHU* B.SC., LL.B. 朱鎮強律師 | TIMOTHY J. BREARS LL.B. (NZ) 貝敏仕律師 | DENNIS C. S. LEUNG LL.B. 梁創成律師 |

*Notary Public 公證律師  +China-Appointed Attesting Officer 中國委托公證人

**JOSEPH CHU, LO & LAU**
SOLICITORS & NOTARIES

*Continued*

Cartier S.A.                                          2nd June 2006
c/o Richemont Asia Pacific Limited

- sheet 2 -

Meanwhile, all our client's rights are expressly reserved.

Yours faithfully,

EL/DM/rn
Encl
c.c. client

# EXHIBIT D

28-JUN-2006  18:33   FROM JOSEPH CHU LO & LAU   TO  007442074931018            P.01

朱 羅 劉 律 師 事 務 所

# JOSEPH CHU, LO & LAU

Suite 1501 & 1503, Chinachem Tower,
34-37 Connaught Road Central,
Hong Kong.
Tel: 2526 2077, 2415 7278
Fax: 2845 0354, 2415 7915
E-mail: jcll@ccib.com.hk

香港中環干諾道中34-37號
華懋大廈1501及1503室
電話：2526 2077, 2415 7278
傳真：2845 0354, 2415 7915
電子郵箱：jcll@ccib.com.hk

SOLICITORS & NOTARIES, AGENTS FOR TRADE MARKS & PATENTS

*Our Ref:* EL/CIV/W1393/15621/2006    *Your Ref:*          *Date*    28th June 2006

Please reply to/attention
Mr/Ms:  Eric Lau/David Mok

Richemont International Limited,        **BY FAX & AIR-MAIL**
15 Hill Street,                         (fax no.44 (0) 20 7493 1018)
London W1J 5QT,
United Kingdom

Attn : Mr. Gir Choksi

Dear Sirs,

Re : Infringement of Patent

We refer to our earlier letter dated 2nd June 2006 addressed to Cartier S.A. and sent to Richemont Asia Pacific Ltd. and your letter dated 15th June 2006 in response to our said letter.

Our client is very disappointed by what was said in your reply. One would have thought that an international corporation owning various international brand names should give its highest respect to intellectual property rights. What we have seen from your said letter are trivial excuses for the purpose of covering up an obvious infringement of patent. For your information, our client as proprietor of Patent No.GB2374516 has been granted corresponding patents in U.S., Hong Kong and the PRC notwithstanding the prior arts cited in your said letter.

In view of your un-cooperative attitude, our client shall commence legal action against Cartier S.A. and/or its associates/subsidiaries and/or licensed dealers responsible for the infringement of our client's patent unless you/your subsidiaries/licenced dealers comply with all the followings within the next 14 days :-

1.  To cease immediately manufacturing, distributing, offering for sale, selling and/or otherwise in any way dealing in or with or promoting through any media including the internet your so-called "Pasha Seatimer" wristwatch ("the infringing goods");

2.  To surrender and deliver up to us on behalf of our client the entire existing stock of the infringing goods and all promotional materials, catalogues and other printed materials depicting the infringing goods;

............../2

Partners
RAYMOND K. K. LO
LL.B
羅建基律師

ERIC W. Y. LAU
LL.B.
劉宏業律師

Consultants
JOSEPH K. K. CHU*+
H.SC., LL.B.
朱鏡強律師

TIMOTHY J. BREARS
LL.B (NZ)
貝校分律師

DENNIS C. S. LEUNG
LL.B.
梁劉成律師

*Notary Public 公證律師  +China-Appointed Attesting Officer 中國委托公證人

**JOSEPH CHU, LO & LAU**
SOLICITORS & NOTARIES

*Continued*

Richemont International Limited                    28th June 2006

- sheet 2 -

3.  To disclose to our client by way of Statutory Declaration the names and addresses of all your distributors and stores through whom/which you have been selling the infringing goods together with details of the quantities, dates of sales and prices thereof as well as all supporting documents which disclosure is to be verified upon oath or affirmation if deemed so necessary by us;

4.  To pay damages to our client in a sum to be agreed; and

5.  To reimburse our client all legal costs incurred in enforcement of its right under the patent.

Meanwhile, all our client's rights are expressly reserved.

Yours faithfully,

HL/DM/rm
c.c. client

# EXHIBIT E

02-AUG-2006  12:36  FROM  JOSEPH CHU LO & LAU    TO  007442074931018    P.01

# 朱羅劉律師事務所

# JOSEPH CHU, LO & LAU

SOLICITORS & NOTARIES, AGENTS FOR TRADE MARKS & PATENTS

Suite 1501 & 1503, Chinachem Tower,
34-37 Connaught Road Central,
Hong Kong.
Tel: 2526 2077, 2415 7278
Fax: 2845 0354, 2415 7915
E-mail: jcll@ccib.com.hk

香港中環干諾道中34-37號
華懋大廈1501及1503室
電話：2526 2077, 2415 7278
傳真：2845 0354, 2415 7915
電子郵箱：jcll@ccib.com.hk

*Our Ref:* EL/CIV/W1393/15621/2006  *Your Ref:*

*Date* 2nd August 2006

Please reply to/attention
Mr/Ms: Eric Lau/David Mok

Richemont International Limited,
15 Hill Street,
London W1J 5 QT,
United Kingdom

BY FAX & BY AIR-MAIL
FAX NO. : 44 (0) 20 7493 1018

WITHOUT PREJUDICE

Attn : Mr. Gir Choksi

Dear Sirs,

Re : GB Patent 2374516

We refer to your letter of 30th June 2006.

As you have so far not given us any favourable reply, we are in the course of preparing our client's case for litigating this matter in Court.  In an effort to resolve this matter amicably, we are instructed to inform you (as you have requested) that our client is prepared to grant you a non-exclusive licence of UK Patent No.GB2374516 as well as its Hong Kong Patent in so far as production of the Cartier watch "Pasha Seatimer" ("the Model") is concerned subject to the following major conditions :-

1.    You shall pay to our client a licence fee of US$100.00 for each piece of the Model produced and/or sold worldwide;

2.    You shall inform our client by notice in writing with reliable supporting documents the quantity of the Model produced and/or sold worldwide for each 6 months ending on 30th June and 31st December of each year;

3.    Details of the licence arrangements have to be set out in a Licence Agreement to be signed by both parties;

4.    Each party is entitled to terminate the Licence Agreement by giving to the other party not less than 6 months' notice in writing, otherwise, the Licence Agreement shall be renewed automatically on annual basis.

We are given to understand that a reasonable licence fee for a comparable patent should be equivalent to about 5% of the watch's/product's sales price.   As the Model is being sold in Hong Kong for around HK$37,000.00 (without any sales tax), a sum of HK$1,850 (i.e.

................./2

Partners
RAYMOND K. K. LO
LL.B.
羅建基律師

ERIC W. Y. LAU
LL.B.
劉業英律師

Consultants
JOSEPH K. K. CHU*+
B.SC., LL.B.
朱雄海律師

TIMOTHY J. BREARS
I LL.B. (NZ)
貝救信律師

DENNIS C. S. LEUNG
LL.B.
梁creative成律師

*Notary Public 公證律師  +China-Appointed Attesting Officer 中國委托公證人

**JOSEPH CHU, LO & LAU**
SOLICITORS & NOTARIES

*Continued*

Richemont International Limited                              2nd August 2006

- sheet 2 -

US$237) should be a reasonable figure.  However, our client is prepared to accept a nominal figure of US$100 per piece in anticipation of any possible business cooperation in the future.    Undoubtedly, this proposed settlement will not bring our client much gain in monetary terms and it certainly would not give rise to a pressure on the cost of the Model.    Our client sincerely look forward to further business relationship in the future.

We should be grateful if you would let us know whether the above proposal is acceptable to you and if so, we shall send you a draft Licence Agreement for your approval.    As US$100 per piece is already a nominal figure compared with the Model's sale price in the market, our client does not expect any further negotiation on the licence fee.    Please let us have your reply as soon as possible.

Please also note that nothing herein stated shall be treated as binding upon our client unless and until the formal Licence Agreement has been duly signed by both parties.

Yours faithfully,

JOSEPH CHU, LO & LAU
EL/dm
c.c. client

# EXHIBIT F

# 朱羅劉律師事務所

# JOSEPH CHU, LO & LAU

Suite 1501 & 1503, Chinachem Tower,
34-37 Connaught Road Central,
Hong Kong.
Tel: 2526 2077, 2415 7278
Fax: 2845 0354, 2415 7915
E-mail: jcll@ccib.com.hk

香港中環干諾道中34-37號
華懋大廈1501及1503室
電話 : 2526 2077, 2415 7278
傳真 : 2845 0354, 2415 7915
電子郵箱 : jcll@ccib.com.hk

## SOLICITORS & NOTARIES, AGENTS FOR TRADE MARKS & PATENTS

*Our Ref:*  EL/CIV/W1393/15621/2006  *Your Ref:*

*Date*  2nd August 2006

Please reply to/attention
Mr/Ms:  Eric Lau/David Mok

Richemont International Limited,
15 Hill Street,
London W1J 5 QT,
United Kingdom

BY FAX & BY AIR-MAIL
FAX NO. : 44 (0) 20 7493 1018

Attn : Mr. Gir Choksi

Dear Sirs,

Re : GB Patent 2374516

We refer to your letter of 30th June 2006.

The subject matter of our client's patent is certainly different from that of CH667784 which describes the construction of a bracelet from links made from overmoulding of a coating layer on a tubular metal frame (formed by rolling of sheet metal segments) intended for high volume production at very low production cost.   On the other hand, our client's patent is concerned with a wristband composed of links made from overmoulding of polymeric material over solid metal portions and connected at their protrusions and recesses with pins intended to produce an unusual aesthetic appearance and at the same time to preserve the structural strength and rigidity as traditional metallic wristbands for watches.   The construction, function and purpose of our client's patent is entirely different from that of CH667784 or the 21 Autoscaph bracelet (which according to your goodselves are made from overmoulding a rubber material on plastic). Otherwise, corresponding patents would not have been granted in both the U.S. and the PRC notwithstanding the prior arts cited in your said letter.

It appears that despite our client's express demands set out in our previous letters, no steps have been or will be taken to stop or refrain from any further infringement of our client's patent. Unless we receive from you forthwith confirmation that the demands set out in our previous letters will be complied with, legal action will be taken by our client without further notice.

Meanwhile, all our client's rights are expressly reserved.

Yours faithfully,

JOSEPH CHU, LO & LAU
EL/dm

Partner
C.C. client
RAYMOND K.H. LO
LL.B.
羅建基律師

ERIC W. Y. LAU
LL.B.
劉榮業律師

Consultants
JOSEPH K. K. CHU*
B.SC. LL.B.
朱建基律師

TIMOTHY J. BREARS
LL.B. (NZ)
貝理樂律師

DENNIS C. S. LEUNG
LL.B.
梁劃成律師

*Notary Public 公證律師    +China-Appointed Attesting Officer 中国委托公证人

TOTAL P.01

# EXHIBIT G

# 朱羅劉律師事務所

# JOSEPH CHU, LO & LAU

SOLICITORS & NOTARIES, AGENTS FOR TRADE MARKS & PATENTS

Suite 1501 & 1503, Chinachem Tower,
34-37 Connaught Road Central,
Hong Kong.
Tel: 2526 2077, 2415 7278
Fax: 2845 0354, 2415 7915
E-mail: jcll@ccib.com.hk

香港中環干諾道中34-37號
華懋大廈1501 & 1503室
電話 : 2526 2077, 2415 7278
傳真 : 2845 0354, 2415 7915
電子郵箱 : jcll@ccib.com.hk

*Our Ref:*  EL/CIV/W1393/15621/2006  *Your Ref:*                    *Date*   30th August 2006

Please reply to/attention
Mr/Ms:  Eric Lau/David Mok

Richemont International Limited,                  BY FAX & BY AIR-MAIL
15 Hill Street,                                   FAX NO. : 44 (0) 20 7493 1018
London W1J 5 QT,
United Kingdom                                    WITHOUT PREJUDICE

Attn : Mr. Gir Choksi

Dear Sirs,

Re : GB Patent 2374516

We refer to your letter of 4th August 2006 on which we have taken client's instructions.

You have gone one step backward by trying to distinguish the nature of the material (molded over the metallic portion of the link) actually used in the infringing item from that mentioned in the above patent.  No doubt, this is an infringement point.  We find little merits in such "defence" since the method of manufacturing the wristband would be identical no matter whether polymeric material or synthetic rubber is employed in the manufacturing process.  You would note that the method of manufacture is well protected by the above patent.  After all, as you have admitted, such "defence" does not apply to corresponding patents in other jurisdictions.

Our client have carefully examined all the prior acts or products cited by you as a ground to challenge the validity of our client's patent and remain very confident about the validity of their patent.  As a matter of fact, our client have already obtained a validity report from US Patent Attorneys.   Enforcement proceedings will be instituted in multi-jurisdictions if circumstances require.

Although our client wishes to have an amicable settlement on the dispute, they are really disappointed with and to a certain extent insulted by the so-called offer of US$10,000 in your said letter.  Such offer is nothing more than a nuisance payment.  For your information, the costs and expenses incurred by our client so far in relation to this dispute well exceed such figure.

................/2

Partners
RAYMOND K. K. LO
LL.B.
羅達基律師

ERIC W. Y. LAU
LL.B
劉榮潤律師

Consultants
JOSEPH K. K. CHU*+
B.SC., LL.B
朱趣強律師

TIMOTHY J. BREARS
LL.B. (N.Z)
貝勵時律師

DENNIS C. S. LEUNG
LL.B.
梁創成律師

*Notary Public 公證律師  +China-Appointed Attesting Officer 中國委托公證人

**JOSEPH CHU, LO & LAU**
SOLICITORS & NOTARIES

*Continued*

Richemont International Limited                          30th August 2006

- sheet 2 -

In case you still wish to have an amicable settlement with our client, the offer set out in our previous letter dated 2nd August 2006 is still open.   As mentioned before, the licence fee of US$100 per piece is already a nominal figure.   If you prefer to make an one off payment because you do not wish to disclose the actual quantity of the infringing model produced and sold by you or for whatever reasons which you do not want to mention, our client are prepared to accept a lump sum of US$1,000,000 for granting you a non-exclusive licence of their patent in respect of all pieces of Cartier "Pasha Seatimer" which have been produced/sold or will be produced/sold in the future.   If you so wish, our client would consider granting you further licence in respect of other Cartier watch models/products.

We are instructed to remind you not to underestimate our client's determination to enforce their rights in connection with their patents.   If we again fail to receive your favourable reply in the near future, we have instructions to cease negotiation and proceed with enforcement action.

Yours faithfully,

JOSEPH CHU, LO & LAU
EL/dm
c.c. client

P6= 1747
E
RMC

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| CARTIER, a division of RICHEMONT North America, Inc. | WING HON METAL MANUFACTORY LTD. |

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  99999

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

John R. Hutchins, Esq. (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, D.C. 20005
(202) 220-4200 (telephone)

CASE NUMBER: 1:06CV01747

JUDGE: Rosemary M. Collyer

DECK TYPE: General Civil

DATE STAMP: 10/13/2006

**JURY ACTION**

---

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- O 1 U.S. Government Plaintiff
- ⊙ 3 Federal Question (U.S. Government Not a Party)
- O 2 U.S. Government Defendant
- O 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | O 1 | O 1 | Incorporated or Principal Place of Business in This State | O 4 | O 4 |
| Citizen of Another State | O 2 | O 2 | Incorporated and Principal Place of Business in Another State | O 5 | O 5 |
| Citizen or Subject of a Foreign Country | O 3 | O 3 | Foreign Nation | O 6 | O 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| O **A.** *Antitrust* | O **B.** *Personal Injury/ Malpractice* | O **C.** *Administrative Agency Review* | O **D.** *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ⊙ **E.** *General Civil (Other)* | OR | O **F.** *Pro Se General Civil* |
|---|---|---|

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☒ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| O  G. *Habeas Corpus/ 2255* | O  H. *Employment Discrimination* | O  I. *FOIA/PRIVACY ACT* | O  J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| O  K. *Labor/ERISA (non-employment)* | O  L. *Other Civil Rights (non-employment)* | O  M. *Contract* | O  N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Court from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
35 U.S.C. §§ 101, 102, 103 and/or 112. Plaintiff seeks Declaratory Judgment of invalidity and non infringement of patent-in-suit.
28 U.S.C. §§ 2201 and 2202

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23  DEMAND $ _____ Check YES only if demanded in complaint  JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  YES ☐  NO ☒  If yes, please complete related case form.

DATE October 13, 2006  SIGNATURE OF ATTORNEY OF RECORD *John Hutchins*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT  (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.