IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> WING HON METAL MANUFACTORY LTD., <br><br> Defendant. | Civil Action No. _____ |

**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE REQUIRED BY FED. R. CIV. P. 7.1 AND LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, I, the undersigned, counsel of record for plaintiff Cartier, a division of Richemont North America, Inc., certify that to the best of my knowledge and belief, the parent corporation of plaintiff Cartier, a division of Richemont North America, Inc., is Compagnie Financière Richemont SA, and the only publicly held corporation that owns 10% or more of the stock of plaintiff Cartier, a division of Richemont North America, Inc., is Compagnie Financière Richemont SA.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for plaintiff Cartier, a division of Richemont North America, Inc., further certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of plaintiff Cartier, a division of Richemont North America, Inc., which have any outstanding securities in the hands of the public: Compagnie Financière Richemont SA.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: October 13, 2006

_____
John R. Hutchins (D.C. Bar No. 456749)
KENYON & KENYON LLP
1500 K Street, N.W.
Suite 700
Washington, D.C. 20005
(202) 220-4200

*Attorney of Record for Plaintiff Cartier, a division of Richemont North America, Inc.*