IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Cartier, a division of<br>RICHEMONT NORTH AMERICA, INC.<br>645 Fifth Avenue – 5th Floor<br>New York, New York  10022,<br><br>                              Plaintiff,<br><br>vs.<br><br>WING HON METAL MANUFACTORY LTD.,<br>Unit A-B, 10th Floor, Block No. 1<br>Wah Fung Industrial Centre<br>33 Kwai Fung Crescent<br>Kwai Chung, New Territories<br>Hong Kong, China,<br><br>                              Defendant. | Case No.<br>1:06cv01747/RMC |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned, counsel of record for defendant Wing Hon Metal Manufactory Ltd, certify that to the best of my knowledge and belief, there are no parent corporations to defendant nor does any publicly held corporation own 10% or more of the stock of defendant.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, I, the undersigned, counsel of record for defendant Wing Hon Metal Manufactory Ltd, certify that to the best of my knowledge and belief, defendant has no parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

                           WING HON METAL MANUFACTORY LTD

February 27, 2007

/s/_____
Michael A. Grow, D.C. Bar No. 225383
Barbara S. Wahl, D.C. Bar No. 297978
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.   20036-5339
Telephone No.:  (202) 857-6000
Facsimile No.:  (202) 857-6374
Grow.michael@arentfox.com
Wahl.barbara@arentfox.com

*Counsel for Defendant*
*Win Hon Metal Manufactory Ltd.*

OF COUNSEL:

Theodore R. Remaklus
WOOD HERRON & EVANS LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio   45202
Telephone No.:  (513) 241-2324
Facsimile No.:  (513) 421-7269
tremaklus@whepatent.com