IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of<br>RICHEMONT NORTH AMERICA, INC.<br>645 Fifth Avenue, 5th Floor<br>New York, New York 10022,<br><br>     Plaintiff,<br> v.<br><br>WING HON METAL MANUFACTORY LTD.,<br>Unit A-B, 10th Floor, Block No. 1,<br>Wah Fung Industrial Centre,<br>33-39 Kwai Fung Crescent,<br>Kwai Chung, New Territories,<br>Hong Kong, China,<br><br>     Defendant. | Civil Case No. 1:06CV01747/RMC |

## MOTION FOR ADMISSION OF ATTORNEYS PRO HAC VICE

  I, John R. Hutchins, a member of the Bar of the District Court for the District of Columbia, hereby move, pursuant to LCvR 83.2(d), for the admission *pro hac vice* of Mark A. Chapman, Esq. and Walter E. Hanley Jr., Esq. of Kenyon & Kenyon LLP to represent Plaintiff Cartier, a division of Richemont North America, Inc., in the above-captioned action for all purposes. I certify that I find the applicants to be reputable and competent attorneys, and that I am in a position to recommend their admissions.

  The declaration of each of these attorneys setting forth the information required by LCvR 83.2(d) accompanies this motion as exhibits.

Dated: March 28, 2007

/s/ John R. Hutchins (D.C. Bar No. 456749)
Attorneys for Plaintiff

## DECLARATION OF MARK A. CHAPMAN

I, Mark A. Chapman, hereby declare that:

1. My full name is Mark Alexander Chapman.

2. I am a partner in the law firm Kenyon & Kenyon LLP, located at One Broadway, New York, New York, 10004. My telephone number is (212) 425-7200.

3. I have been admitted to the bar of the State of New York.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

_____
Mark A. Chapman, Esq.

## DECLARATION OF WALTER E. HANLEY, JR.

Walter E. Hanley, Jr. hereby declares that:

1. My full name is Walter E. Hanley, Jr.

2. I am a partner in the law firm of Kenyon & Kenyon, located at One Broadway, New York, New York, 10004. My telephone number is (212) 425-7200.

3. I have been admitted to the bar of the State of New York. I have been admitted to practice in the following courts: U.S. Court of Appeals for the Federal Circuit, U.S. District Court for the Eastern District of Michigan, U.S. District Court for the Eastern District of New York, U.S. District Court for the Northern District of California, U.S. District Court for the Southern District of New York, U.S. District Court for the Western District of New York and U.S. District Court for the Western District of Wisconsin.

4. I have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I affirm under the penalties for perjury that the foregoing representations are true and correct to the best of my knowledge, information, and belief.

*/s/ Walter E. Hanley*
Walter E. Hanley, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of<br>RICHEMONT NORTH AMERICA, INC.<br>645 Fifth Avenue, 5th Floor<br>New York, New York 10022,<br><br>      Plaintiff,<br> v.<br><br>WING HON METAL MANUFACTORY LTD.,<br>Unit A-B, 10th Floor, Block No. 1,<br>Wah Fung Industrial Centre,<br>33-39 Kwai Fung Crescent,<br>Kwai Chung, New Territories,<br>Hong Kong, China,<br><br>      Defendant. | Civil Case No. 1:06CV01747/RMC |

**ORDER FOR ADMISSION *PRO HAC VICE* OF
MARK A. CHAPMAN**

Upon the motion of John R. Hutchins, attorney for Plaintiff, Cartier, a division of Richemont North America, Inc., for an Order admitting Mark A. Chapman, Esq. *pro hac vice* in this action for all purposes; and upon the affirmation of John R. Hutchins, and the declaration attached hereto, it is hereby:

ORDERED that Mark A. Chapman, Esq. is admitted *pro hac vice* in this action for all purposes on behalf of Plaintiff, Cartier, a division of Richemont North America, Inc.

Dated:

                                   _____
                                   Judge Rosemary M. Collyer
                                   United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of<br>RICHEMONT NORTH AMERICA, INC.<br>645 Fifth Avenue, 5th Floor<br>New York, New York 10022,<br><br>                      Plaintiff,<br>v.<br><br>WING HON METAL MANUFACTORY LTD.,<br>Unit A-B, 10th Floor, Block No. 1,<br>Wah Fung Industrial Centre,<br>33-39 Kwai Fung Crescent,<br>Kwai Chung, New Territories,<br>Hong Kong, China,<br><br>                      Defendant. | Civil Case No. 1:06CV01747/RMC |

## ORDER FOR ADMISSION *PRO HAC VICE* OF
## WALTER E. HANLEY, JR.

Upon the motion of John R. Hutchins, attorney for Plaintiff, Cartier, a division of Richemont North America, Inc., for an Order admitting Walter E. Hanley, Jr., Esq. *pro hac vice* in this action for all purposes; and upon the affirmation of John R. Hutchins, and the declaration attached hereto, it is hereby:

ORDERED that Walter E. Hanley, Jr., Esq. is admitted *pro hac vice* in this action for all purposes on behalf of Plaintiff, Cartier, a division of Richemont North America, Inc.

Dated: _____

                                                                               _____<br>
                                                                               Judge Rosemary M. Collyer<br>
                                                                               United States District Court Judge