CSO/ADM/SJ/245/2006B

Request for Service of Judicial Documents from:    USA

Party for Service:    WING HON METAL MANUFACTORY LIMITED
c/o So Chin Ping, Director, and So Chin Hung Eddy, Director

## AFFIRMATION OF SERVICE

I, CHIU Hon-chung, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1.          I was directed by the Registrar, High Court of Hong Kong to serve the above-named So Chin Ping, Director of WING HON METAL MANUFACTORY LIMITED with the following judicial documents:

   i)    Request;
   ii)   Summary of documents to be served
   iii)  Certificate (unexecuted)
   iv)   Summons in a Civil Case
   v)    Amended Complaint for Declaratory Judgment

2.          I did on Tuesday the 23rd day of January 2007 at 11:25 hours call at the address given in the Request for Service, namely, Units A-B, 10th Floor, Block No.1, Wah Fung Industrial Centre, 33-39 Kwai Fung Crescent, Kwai Chung, New Territories, Hong Kong for effecting service of the aforesaid judicial documents. On arrival, I was informed by a Mr. SHA, Manager of WING HON METAL MANUFACTORY LIMITED, that the named So Chin Ping has left Hong Kong to Mainland and the date of return was unknown.

3.          I did again on Thursday the 1st day of February 2007 at 11:00 hours serve the above-named So Chin Ping, Director of WING HON METAL MANUFACTORY LIMITED with the aforesaid judicial documents by delivering the aforesaid judicial documents to the named So Chin Ping, Director of WING HON METAL MANUFACTORY LIMITED, personally at the address given in the Request for Service, namely, Units A-B, 10th Floor, Block No.1, Wah Fung Industrial Centre, 33-39 Kwai Fung Crescent, Kwai Chung, New Territories, Hong Kong.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at                                          )
Bailiff New Territories Regional (Tsuen Wan)         )
Office, Ground Floor, Tsuen Wan Law Courts           )
Building, Tsuen Wan, New Territories, Hong Kong      )
this 1st day of February 2007.

Before me,

( CHIM Fung-ling )
Commissioner for Oaths
Judiciary

CSO/ADM/SJ/245/2006B

Request for Service of Judicial Documents from:

USA

Judicial Documents to be served on:

WING HON METAL MANUFACTORY LIMITED
c/o So Chin Ping, Director and So Chin Hung Eddy,
Director

==================================

AFFIRMATION OF SERVICE

==================================

Filed this on 1st of February 2007

U.S. Department of Justice
United States Marshals Service



# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.
*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Attn: John R. Hutchins, Esq.<br>Kenyon & Kenyon LLP<br>1500 K Street, N.W., Suite 700<br>Washington, DC 20005-1257<br>Tel: (202) 220-4200<br>Email: jhutchins@kenyon.com | The Chief Secretary for Administration of<br>Hong Kong SAR, Attn:Ms. Josepha Ng<br>Central Government Offices<br>East Wing, Room 140<br>Lower Albert Road, Hong Kong, China<br>Tel: (852) 2810-3969 |

The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir:* Wing Hon Metal Manufactory Limited
*(identité et adresse)* c/o So Chin Ping, Director, and So Chin Hung Eddy, Director
Unit A-B, 10th Floor, Block No. 1, Wah Fung Industrial Centre
33-39 Kwai Fung Crescent, Kwai Chung, New Territories, Hong Kong, China

☐ (a) ~~in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.~~
~~a) selon les formes légales (article 5 alinéa premier, lettre a).~~

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):* Personal service requested pursuant to
Rule 4(c)(2), U.S. Federal Rules of Civil Procedure, which authorizes any person who
is not a party and is not less than 18 years of age to serve a summons and complaint.

☐ (c) ~~by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:~~
~~c) le cas échéant, par remise simple (article 5, alinéa 2).~~

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Summons in a Civil Case
Amended Complaint for Declaratory Judgment

Done at _____, the _____
*Fait à* _____, *le* _____

Signature and/or stamp
*Signature et/ou cachet*

*[signature]*

*Delete if inappropriate*
*Rayer les mentions inutiles.*

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   — the (date) — *le (date)* _1st Feb., 2007_
   — at (place, street, number) - *à (localité, rue, numéro)*
   _Unit K-6, 10th Floor, Block 1,_
   — in one of the following methods authorized by article 5: _Wah Fung Industrial Centre, 33-39_
   — *dans une des formes suivantes prévues à l'article 5:* _Kwai Fung Crescent, Kwai Chung,_
   _Hong Kong_

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*
      *a) selon les formes légales (article 5, alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
      *b) selon la forme particulière suivante:* _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*

_____

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**ANNEXES**
*Annexes*

Documents returned:
*Pièces renvoyées*

_____
_____

[Seal: THE SEAL OF THE HIGH COURT OF HONG KONG]

-1 MAR 2007

In appropriate cases, documents establishing the service:     Done at _____, the _____
*Le cas échéant, les documents justificatifs de l'exécution:*     *Fait à* _____, *le* _____

_Affirmation of Service of Chiu Hou_
_Chung, Bailiff's Assistant dated_     Signature and/or stamp
    *Signature et/ou cachet*
_1st Feb, 2007._

## SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*
Attn: John R. Hitchins, Esq., Kenyon & Kenyon LLP, 1500 K St., NW, Ste. 700, Washington, DC 20005-1257

**Particulars of the parties:**
*Identité des parties:*

Plaintiff, Cartier, a division of Richemont North America, Inc.
c/o John R. Hutchins, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW, Ste. 700
Washington, DC 20005-1257

Defendant, Wing Hon Metal Manufactory Limited
Unit A-B, 10th Floor, Block No. 1
Wah Fung Industrial Centre
33-39 Kwai Fung Crescent
Kwai Chung, New Territories
Hong Kong, China

**JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*
Summons in a civil case and Amended Complaint for Declaratory Judgment

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
Plaintiff seeks Declaratory Judgment of Invalidity and Non-Infringement of a U.S. patent.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*
United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, DC 20001, U.S.A., Judge Rosemary M. Collyer

~~Court which has given judgment:~~
~~Juridiction qui a rendu la décision:~~

~~Date of judgment:~~
~~Date de la décision:~~

**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*
Answer to Amended Complaint to be served on Plaintiff's counsel within 20 days after service of Summons and Amended Complaint

~~EXTRAJUDICIAL DOCUMENT~~
~~ACTE EXTRAJUDICIAIRE~~

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*

CSO/ADM/SJ/245/2006B

Request for Service of Judicial Documents from:    USA

Party for Service:   WING HON METAL MANUFACTORY LIMITED
c/o So Chin Ping, Director, and So Chin Hung Eddy, Director

## AFFIRMATION OF SERVICE

I, CHIU Hon-chung, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named So Chin Hung, Eddy, Director of WING HON METAL MANUFACTORY LIMITED with the following judicial documents:

   i)   Request;
   ii)  Summary of documents to be served
   iii) Certificate (unexecuted)
   iv)  Summons in a Civil Case
   v)   Amended Complaint for Declaratory Judgment

2. I did on Tuesday the 23rd day of January 2007 at 11:25 hours call at the address given in the Request for Service, namely, Units A-B, 10th Floor, Block No.1, Wah Fung Industrial Centre, 33-39 Kwai Fung Crescent, Kwai Chung, New Territories, Hong Kong for effecting service of the aforesaid judicial documents. On arrival, I was informed by a Mr. SHA, Manager of WING HON METAL MANUFACTORY LIMITED, that the named So Chin Hung, Eddy has left Hong Kong to Mainland and the date of return was unknown.

3. I did again on Thursday the 1st day of February 2007 at 11:05 hours call at the aforesaid address for effecting service of the aforesaid judicial documents. On arrival, I was informed by Mr. So Chin Ping, Director of WING HON METAL MANUFACTORY LIMITED, that the named So Chin Hung, Eddy has left Hong Kong to Mainland and the date of return was unknown.

4. I did again on Thursday the 15th day of February 2007 at 15:35 hours serve the above-named So Chin Hung Eddy, Director of WING HON METAL MANUFACTORY LIMITED with the aforesaid judicial documents by delivering the aforesaid judicial documents to the named So Chin Hung Eddy, Director of WING HON METAL MANUFACTORY LIMITED, personally at the address given in the Request for Service, namely, Units A-B, 10th Floor, Block No.1, Wah Fung Industrial Centre, 33-39 Kwai Fung Crescent, Kwai Chung, New Territories, Hong Kong.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at                                          )
Bailiff New Territories Regional (Tsuen Wan)         )
Office, Ground Floor, Tsuen Wan Law Courts           )
Building, Tsuen Wan, New Territories, Hong Kong      )
this 16th day of February 2007.

Before me,

( CHIM Fung-ling )
Commissioner for Oaths
Judiciary

CSO/ADM/SJ/245/2006B

Request for Service of Judicial Documents from:

USA

Judicial Documents to be served on:

WING HON METAL MANUFACTORY LIMITED
c/o So Chin Ping, Director and So Chin Hung Eddy,
Director

==========================================

AFFIRMATION OF SERVICE

==========================================

Filed this on 16th of February 2007

U.S. Department of Justice
United States Marshals Service



# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ETRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou
extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.

| Identity and address of the applicant<br>Identité et adresse du requérant | Address of receiving authority<br>Adresse de l'autorité destinataire |
|---|---|
| Attn: John R. Hutchins, Esq.<br>Kenyon & Kenyon LLP<br>1500 K Street, N.W., Suite 700<br>Washington, DC 20005-1257<br>Tel: (202) 220-4200<br>Email: jhutchins@kenyon.com | The Chief Secretary for Administration of<br>Hong Kong SAR, Attn: Ms. Josepha Ng<br>Central Government Offices<br>East Wing, Room 140<br>Lower Albert Road, Hong Kong, China<br>Tel: (852) 2810-3969 |

The undersigned applicant has the honour to transmit -- in duplicate-- the documents listed below and, in conformity
with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(Identity and address)
Le requérant soussignée a l'honneur de faire parvenir--en double exemplaire--à l'autorité destinataire les documents ci-dessous
énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au
destinataire, à savoir:  Wing Hon Metal Manufactory Limited
    (identité et adresse) c/o So Chin Ping, Director, and So Chin Hung Eddy, Director
Unit A-B, 10th Floor, Block No. 1, Wah Fung Industrial Centre
33-39 Kwai Fung Crescent, Kwai Chung, New Territories, Hong Kong, China

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) selon les formes légales (article 5 alinéa premier, lettre a).

☒ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) selon la forme particulière suivante (article 5, alinéa premier, lettre b) : Personal service requested pursuant to
    Rule 4(c)(2), U.S. Federal Rules of Civil Procedure, which authorizes any person who
    is not a party and is not less than 18 years of age to serve a summons and complaint.

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) le cas échéant, par remise simple (article 5, alinéa 2).

The authority is requested to return or to have returned to the applicant a copy of the documents and of the annexes
with a certificate as provided on the reverse side.
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec
l'attestation figurant au verso.

| List of documents<br>Enumération des pièces | Done at _____, the _____<br>Fait à _____ , le _____ |
|---|---|
| Summons in a Civil Case<br>Amended Complaint for Declaratory Judgment | Signature and/or stamp<br>Signature et/ou cachet |

*Delete if inappropriate
Rayer les mentions inutiles.

Form USM-94
Est. 11/77
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*
   – the (date) – *le (date)* _15th Feb., 2007_
   – at (place, street, number) - *à (localité, rue, numéro)*
   _Unit A-B, 10/F., Block 1,_
   _Wah Fung Industrial Centre,_
   – in one of the following methods authorized by article 5:
   – *dans une des formes suivantes prévues à l'article 5:* _33-39 Kwai Fung Crescent,_
   _Kwai Chung, Hong Kong_

   ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a)*

   ☐ (b) in accordance with the following particular method:
       b) *selon la forme particulière suivante:* _____

   ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

   - (identity and description of person)
   - *(Identité et qualité de la personne)*
   _____

   - relationship to the addressee family, business or other
   - *liens de parenté de subordination ou autres avec le destinataire de l'acte:*
   _____

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**ANNEXES**
*Annexes*

Documents returned:
*Pièces renvoyées*
_____
_____

[Seal: THE SEAL OF THE HONG KONG HIGH COURT]

-1 MAR 2007

Done at _____, the _____
*Fait à*                    , *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Signature and/or stamp
*Signature et/ou cachet*

_Affirmation of Service of Chiu Hon_
_Chung, Bailiff's Assistant dated 16 Feb., 2007._

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 novembre 1965.*

(article 5, fourth paragraph)
*(article 5, alinéa quatre)*

**Name and address of the requesting authority:**
*Nom et adresse de l'autorité requérante:*
Attn: John R. Hitchins, Esq., Kenyon & Kenyon LLP, 1500 K St., NW, Ste. 700, Washington, DC 20005-1257

**Particulars of the parties:**
*Identité des parties:*

Plaintiff, Cartier, a division of Richemont North America, Inc.
c/o John R. Hutchins, Esq.
Kenyon & Kenyon LLP
1500 K Street, NW, Ste. 700
Washington, DC 20005-1257

Defendant, Wing Hon Metal Manufactory Limited
Unit A-B, 10th Floor, Block No. 1
Wah Fung Industrial Centre
33-39 Kwai Fung Crescent
Kwai Chung, New Territories
Hong Kong, China

**JUDICIAL DOCUMENT**
*ACTE JUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet de l'acte:*
Summons in a civil case and Amended Complaint for Declaratory Judgment

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance, le cas échéant, le montant du litige:*
Plaintiff seeks Declaratory Judgment of Invalidity and Non-Infringement of a U.S. patent.

**Date and place for entering appearance:**
*Date et lieu de la comparution:*
United States District Court for the District of Columbia, 333 Constitution Ave., NW, Washington, DC 20001, U.S.A., Judge Rosemary M. Collyer

~~Court which has given judgment**:~~
~~*Juridiction qui a rendu la décision:*~~

~~Date of judgment**:~~
~~*Date de la décision:*~~

**Time limits stated in the document**:**
*Indication des délais figurant dans l'acte:*
Answer to Amended Complaint to be served on Plaintiff's counsel within 20 days after service of Summons and Amended Complaint

~~**EXTRAJUDICIAL DOCUMENT**~~
~~*ACTE EXTRAJUDICIAIRE*~~

**Nature and purpose of the document:**
*Nature et objet de l'acte:*

**Time limits stated in the document:**
*Indication des délais figurant dans l'acte:*