AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

CARTIER, a division of RICHEMONT  
NORTH AMERICA, INC.  )  
       Plaintiff(s)  )    **APPEARANCE**  
         )  
         )  
       vs.  )    CASE NUMBER   1:06cv01747-RMC  
WING HON METAL MANUFACTORY  )  
LTD.  )  
       Defendant(s)  )  

To the Clerk of this court and all parties of record:

Please enter the appearance of  Cedric Tan  as counsel in this
                               (Attorney's Name)

case for:  Cartier, a division of Richemont North America, Inc.
                     (Name of party or parties)

April 30, 2007  
Date  

/s/ Cedric Tan  
Signature  

464848  
BAR IDENTIFICATION  

Cedric Tan  
Print Name  

1500 K Street N.W., Suite 700  
Address  

Washington, DC      20005  
City    State    Zip Code  

202-220-4200  
Phone Number