IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Cartier, a division of<br>RICHEMONT NORTH AMERICA, INC.<br>645 Fifth Avenue – 5th Floor<br>New York, New York   10022,<br><br>               Plaintiff,<br><br>vs.<br><br>WING HON METAL MANUFACTORY LTD.,<br>Unit A-B, 10th Floor, Block No. 1<br>Wah Fung Industrial Centre<br>33 Kwai Fung Crescent<br>Kwai Chung, New Territories<br>Hong Kong, China,<br><br>               Defendant. | Case No.<br>1:06cv01747/RMC |

## DEFENDANT'S MOTION FOR
## ADMISSION OF COUNSEL *PRO HAC VICE*

Defendant, Wing Hon Metal Manufactory Ltd., ("Wing Hon"), by undersigned counsel, based upon the attached Declaration of Theodore R. Remaklus, Esq., hereby moves this Court for an Order pursuant to Rule 83.2(d) of the Local Civil Rules admitting Theodore R. Remaklus *pro hac vice* as attorney for defendant Wing Hon solely for the purpose of this action.

        Respectfully submitted,
        ARENT FOX LLP
        */s/ Barbara S. Wahl*
        Michael A. Grow, D.C.  Bar. # 225383
        Barbara S. Wahl, D.C. Bar #297978
        Arent Fox LLP
        1050 Connecticut Avenue, N.W.
        Washington, D.C.  20036-5339

        Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of<br>RICHEMONT NORTH AMERICA, INC.<br>645 Fifth Avenue, 5th Floor<br>New York, New York 10022,<br><br>      Plaintiff,<br><br>Vs.<br><br>WING HON METAL MANUFACTORY LTD,<br>Unit A-B, 10th Floor, Block No. 1<br>Wah Fung Industrial Centre<br>33 Kwai Fung Crescent<br>Kwai Chung, New Territories<br>Hong Kong, China,<br><br>      Defendant. | Case No.: 1:06cv01747/RMC |

## DECLARATION OF THEODORE R. REMAKLUS

I, Theodore R. Remaklus, hereby declare that:

1. My full name is Theodore Ray Remaklus.

2. I am a partner in the law firm of Wood, Herron & Evans, L.L.P., located at 441 Vine Street, 2700 Carew Tower, Cincinnati, Ohio, 45202. My telephone number is (513) 241-2324, my facsimile number is (513) 421-7269, and my e-mail address is tremaklus@whepatent.com.

3. I was admitted to the bar of the State of Ohio on November 8, 1993.

4. I have been admitted to practice in the Court of Appeals for the Federal Circuit, the Court of Appeals for the Fifth Circuit, the Court of Appeals for the Sixth Circuit, and the United States District Courts for Southern District of Ohio, the Northern District of Ohio, the Eastern District of Michigan, the District of Arizona and the District of Colorado. In the past five years, I have been admitted *pro hac vice* in the United States District Courts for the District

of Massachusetts, the District of Connecticut, the Eastern District of Kentucky, the Western District of Pennsylvania, the Eastern District of Pennsylvania, the Central District of California, the Northern District of Georgia, and the Northern District of Mississippi.

5. I have not been disciplined by any bar or court.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

7. I do not engage in the practice of law firm from an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April, 2007, in Cincinnati, Ohio.

*Theodore R. Remaklus*
Theodore R. Remaklus

# The Supreme Court of Ohio

### CERTIFICATE

     I, RICHARD A. DOVE, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Attorney Registration Section of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Theodore Ray Remaklus

was admitted to the practice of law in Ohio on November 08, 1993; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

                                         IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 30th day of March, 2007.

                                         RICHARD A. DOVE
                                         *Director, Attorney Services Division*

                                         *Attorney Registration Assistant*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **Cartier, a division of**<br>**RICHEMONT NORTH AMERICA, INC.**<br>**645 Fifth Avenue – 5th Floor**<br>**New York, New York   10022,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**WING HON METAL MANUFACTORY LTD.,**<br>**Unit A-B, 10th Floor, Block No. 1**<br>**Wah Fung Industrial Centre**<br>**33 Kwai Fung Crescent**<br>**Kwai Chung, New Territories**<br>**Hong Kong, China,**<br><br>    **Defendant.** | **Case No.**<br>**1:06cv01747/RMC** |

**ORDER ADMITTING THEODORE R. REMAKLUS**
*PRO HAC VICE*

Upon the motion of Barbara S. Wahl, one of the attorneys for defendant Wing Hon Manufactory Ltd., for an Order admitting Theodore R. Remaklus, Esq. *pro hac vice* as attorney for defendant solely for the purpose of this action, and upon the certificate and declaration of Theodore R. Remaklus, it is hereby:

ORDERED that Theodore R. Remaklus, Esq. is admitted *pro hac vice* in this action on behalf of Defendant, Wing Hon Manufactory Ltd.

Dated: _____

                                                                                     Judge Rosemary M. Collyer
                                                                                     United States District Court Judge

LDR/199695.1