UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTIER, a division of Richemont North America, Inc., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   Civil Action No. 06-1747 (RMC) |
| WING HON METAL MANUFACTORY, LTD., | ) ) ) |
| Defendant. | ) ) ) |

**SCHEDULING ORDER**

Upon consideration of the joint report of the parties submitted pursuant to LCvR 16.3(d), and after a scheduling conference held in open Court on May 4, 2007, it is hereby **ORDERED** that:

1. Plaintiff shall file a dispositive motion no later than June 15, 2007. A motion for extension of time to file this motion will be denied except upon a showing of good cause. The page limitations for briefs referenced in LCvR 7(e) are to be strictly followed by the parties.

2. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times.

3. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court.

4. A further status conference is scheduled for **2:15 p.m.** on **July 6, 2007** to discuss any further scheduling.

5. The parties shall be referred to mediation before Magistrate Judge Facciola. If the case

      settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

6.    This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

      **SO ORDERED.**

Date: 5/4/07                                                               /s/
                                                                                ROSEMARY M. COLLYER
                                                                                United States District Judge