IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.,<br><br>　　　　Plaintiff and<br>　　　　Counterclaim Defendant,<br><br>　　v.<br><br>WING HON METAL MANUFACTORY LTD.,<br><br>　　　　Defendant and<br>　　　　Counterclaim Plaintiff. | C.A. No. 06-1747 (RMC/JMF) |

**CARTIER AND WING HON'S JOINT MOTION
(1) FOR A FIVE-WEEK EXTENSION OF TIME
FOR CARTIER TO FILE ITS DISPOSITIVE MOTION AND
(2) TO POSTPONE THE STATUS CONFERENCE
IN VIEW OF PENDING SETTLEMENT NEGOTIATIONS**

Pursuant to Federal Rule of Civil Procedure 16(b), Local Civil Rule 16.4(b), the Scheduling Order, dated May 4, 2007 (D.I. 15), ¶ 1, ¶ 4, ¶ 6, and the Order, dated July 24, 2007 (D.I. 19), plaintiff and counterclaim defendant Cartier, a division of Richemont North America, Inc. ("Cartier") and defendant and counterclaim plaintiff Wing Hon Metal Manufactory Ltd. ("Wing Hon") hereby respectfully jointly move: (1) for a five-week extension of time, until September 28, 2007, for Cartier to file its dispositive motion; and (2) to postpone the status conference currently scheduled for August 23, 2007.

Good cause exists for the requested extension of time and postponement because the parties have reached an agreement in principle to settle this action and are currently in the process of negotiating the detailed terms of a settlement agreement. The negotiations are taking longer than expected because it is difficult for Wing Hon's counsel to communicate with Wing

Hon as it is based in Hong Kong and because of vacation schedules during this month. Although the parties expect to file a joint stipulation of dismissal shortly after entering into a settlement agreement, at this time they do not expect to be in a position to do so on or before the current due date for Cartier's dispositive motion of August 24, 2007. D.I. 19. Therefore, they respectfully jointly request that the Court grant Cartier a four-week extension of time until September 28, 2007, in the expectation that they will file a joint stipulation of dismissal before that time.

Moreover, the parties respectfully jointly request that the Court postpone the status conference currently scheduled for August 23, 2007. D.I. 19. The parties propose that, in the unlikely event that they do not file a joint stipulation of dismissal and that Cartier files a dispositive motion, they will jointly contact the Court to schedule a status conference at a convenient time for the Court.

A proposed form of order is submitted herewith.

Dated: August 21, 2007

Respectfully submitted,

By: /s/ John R. Hutchins  
    John R. Hutchins (D.C. Bar No. 456749)  
    KENYON & KENYON LLP  
    1500 K Street, N.W.,  
    Suite 700  
    Washington, D.C. 20005  
    (202) 220-4200  
    jhutchins@kenyon.com

By: /s/ Theodore R. Remaklus  
    Michael A. Grow (D.C. Bar No. 225383)  
    Barbara S. Wahl (D.C. Bar No. 297978)  
    ARENT FOX LLP  
    1050 Connecticut Avenue, N.W.  
    Washington, D.C. 20036-5339  
    (202) 857-6000  
    grow.michael@arentfox.com  
    wahl.barbara@arentfox.com

<table>
<tr><td>

Of Counsel:
Walter E. Hanley, Jr.
Mark A. Chapman
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200
whanley@kenyon.com
mchapman@kenyon.com

*Counsel for Plaintiff and Counterclaim Defendant Cartier, a division of Richemont North America, Inc.*

</td><td>

Theodore R. Remaklus
WOOD HERRON & EVANS LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 241-2324
tremaklus@whepatent.com

*Counsel for Defendant and Counterclaim Plaintiff Wing Hon Metal Manufactory Ltd.*

</td></tr>
</table>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>WING HON METAL MANUFACTORY LTD.,<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 06-1747 (RMC/JMF) |

**[PROPOSED] ORDER GRANTING CARTIER AND WING HON'S JOINT MOTION (1) FOR A FOUR-WEEK EXTENSION OF TIME FOR CARTIER TO FILE ITS DISPOSITIVE MOTION AND (2) TO POSTPONE THE STATUS CONFERENCE IN VIEW OF PENDING SETTLEMENT NEGOTIATIONS**

Plaintiff and counterclaim defendant Cartier, a division of Richemont North America, Inc. ("Cartier") and defendant and counterclaim plaintiff Wing Hon Metal Manufactory Ltd. ("Wing Hon"), having jointly moved: (1) for a five-week extension of time, until September 28, 2007, for Cartier to file its dispositive motion; and (2) to postpone the status conference currently scheduled for August 23, 2007; and for good cause having been shown,

IT IS on this ___ day of August, 2007,

ORDERED that Cartier and Wing Hon's joint motion is GRANTED, that the time within which Cartier may file its dispositive motion is extended to and including September 28, 2007, and that the status conference scheduled for August 23, 2007 is postponed.

                                                      _____
                                                      Rosemary M. Collyer
                                                      United States District Judge

## ATTORNEYS TO BE NOTIFIED OF ENTRY OF THE ORDER

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of the proposed order:

| | |
|---|---|
| Counsel for Plaintiff and Counterclaim Defendant Cartier, a division of Richemont North America, Inc.: | Counsel for Defendant and Counterclaim Plaintiff Wing Hon Metal Manufactory Ltd.: |
| John R. Hutchins (D.C. Bar No. 456749)<br>KENYON & KENYON LLP<br>1500 K Street, N.W.,<br>Suite 700<br>Washington, D.C. 20005<br>(202) 220-4200<br>jhutchins@kenyon.com<br><br>Of Counsel:<br>Walter E. Hanley, Jr.<br>Mark A. Chapman<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br>whanley@kenyon.com<br>mchapman@kenyon.com | Michael A. Grow (D.C. Bar No. 225383)<br>Barbara S. Wahl (D.C. Bar No. 297978)<br>ARENT FOX LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5339<br>(202) 857-6000<br>grow.michael@arentfox.com<br>wahl.barbara@arentfox.com<br><br>Theodore R. Remaklus<br>WOOD HERRON & EVANS LLP<br>2700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202<br>(513) 241-2324<br>tremaklus@whepatent.com |