IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of<br>RICHEMONT NORTH AMERICA, INC.,<br><br>      Plaintiff and<br>      Counterclaim Defendant,<br><br>v.<br><br>WING HON METAL MANUFACTORY LTD.,<br><br>      Defendant and<br>      Counterclaim Plaintiff. | C.A. No. 06-1747 (RMC/JMF) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LCvR 83.6(b), Plaintiff and Counterclaim Defendant Cartier, a division of Richemont North America, Inc., hereby gives notice of the withdrawal of Cedric C.Y. Tan as counsel in the above-captioned matter.

Dated: October 5, 2007

Respectfully Submitted,

_____
Cedric C.Y. Tan
D.C. Bar # 464848

/s/ John Hutchins
John R. Hutchins (D.C. Bar # 456749)
KENYON & KENYON LLP
1500 K Street N.W., Suite 700
Washington, DC 20005
(202) 220-4200 (telephone)
(202) 220-4201 (facsimile)
Attorney for Plaintiff and Counterclaim
Defendant Cartier, a Division of
Richemont North America, Inc.