IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., <br><br>       Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> WING HON METAL MANUFACTORY LTD., <br><br>       Defendant and Counterclaim Plaintiff. | C.A. No. 06-1747 (RMC/JMF) |

### CARTIER AND WING HON'S JOINT MOTION TO CANCEL CARTIER'S DISPOSITIVE MOTION AND THE SETTLEMENT CONFERENCE IN VIEW OF THE PARTIES' SETTLEMENT AGREEMENT

Pursuant to Federal Rule of Civil Procedure 16(b), Local Civil Rule 16.4(b), the Scheduling Order, dated May 4, 2007 (D.I. 15), ¶ 1, ¶ 4, ¶ 6, and the Order, dated October 25, 2007 (D.I. 24), plaintiff and counterclaim defendant Cartier, a division of Richemont North America, Inc. ("Cartier") and defendant and counterclaim plaintiff Wing Hon Metal Manufactory Ltd. ("Wing Hon"), hereby respectfully jointly move to cancel the November 30, 2007 due date for Cartier to file its dispositive motion and to cancel the settlement conference scheduled for December 4, 2007.

Good cause exists for the requested relief because the parties have finalized the terms of their settlement agreement and are currently arranging for the settlement agreement to be executed by both parties. Once the agreement has been executed, the parties will jointly file an agreed upon stipulated dismissal of this action.

A proposed form of order is submitted herewith.

Dated: November 28, 2007

Respectfully submitted,

By: /s/ John R. Hutchins
    John R. Hutchins (D.C. Bar No. 456749)
    KENYON & KENYON LLP
    1500 K Street, N.W.,
    Suite 700
    Washington, D.C. 20005
    (202) 220-4200
    jhutchins@kenyon.com

    Of Counsel:
    Walter E. Hanley, Jr.
    Mark A. Chapman
    KENYON & KENYON LLP
    One Broadway
    New York, NY 10004
    (212) 425-7200
    whanley@kenyon.com
    mchapman@kenyon.com

*Counsel for Plaintiff and Counterclaim Defendant Cartier, a division of Richemont North America, Inc.*

By: /s/ Theodore R. Remaklus
    Michael A. Grow (D.C. Bar No. 225383)
    Barbara S. Wahl (D.C. Bar No. 297978)
    ARENT FOX LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5339
    (202) 857-6000
    grow.michael@arentfox.com
    wahl.barbara@arentfox.com

    Theodore R. Remaklus
    WOOD HERRON & EVANS LLP
    2700 Carew Tower
    441 Vine Street
    Cincinnati, OH 45202
    (513) 241-2324
    tremaklus@whepatent.com

*Counsel for Defendant and Counterclaim Plaintiff Wing Hon Metal Manufactory Ltd.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> WING HON METAL MANUFACTORY LTD., <br><br> Defendant and Counterclaim Plaintiff. | C.A. No. 06-1747 (RMC/JMF) |

**[PROPOSED] ORDER GRANTING CARTIER AND WING HON'S JOINT MOTION TO CANCEL CARTIER'S DISPOSITIVE MOTION AND THE SETTLEMENT CONFERENCE IN VIEW OF THE PARTIES' SETTLEMENT AGREEMENT**

Plaintiff and counterclaim defendant Cartier, a division of Richemont North America, Inc. ("Cartier") and defendant and counterclaim plaintiff Wing Hon Metal Manufactory Ltd. ("Wing Hon"), having jointly moved to cancel the November 30, 2007 due date for Cartier to file its dispositive motion and to cancel the settlement conference scheduled for December 4, 2007; and for good cause having been shown,

IT IS on this ___ day of November, 2007,

ORDERED that Cartier and Wing Hon's joint motion is GRANTED, that the November 30, 2007 due date for Cartier to file its dispositive motion is canceled, and that the settlement conference scheduled for December 4, 2007 is canceled.

                                                                          _____
                                                                          Rosemary M. Collyer
                                                                          United States District Judge

**ATTORNEYS TO BE NOTIFIED OF ENTRY OF THE ORDER**

Pursuant to Local Civil Rule 7(k), the following is a list of the names and addresses of all attorneys entitled to be notified of the entry of the proposed order:

| Counsel for Plaintiff and Counterclaim Defendant Cartier, a division of Richemont North America, Inc.: | Counsel for Defendant and Counterclaim Plaintiff Wing Hon Metal Manufactory Ltd.: |
|---|---|
| John R. Hutchins (D.C. Bar No. 456749)<br>KENYON & KENYON LLP<br>1500 K Street, N.W.,<br>Suite 700<br>Washington, D.C. 20005<br>(202) 220-4200<br>jhutchins@kenyon.com | Michael A. Grow (D.C. Bar No. 225383)<br>Barbara S. Wahl (D.C. Bar No. 297978)<br>ARENT FOX LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5339<br>(202) 857-6000<br>grow.michael@arentfox.com<br>wahl.barbara@arentfox.com |
| Of Counsel:<br>Walter E. Hanley, Jr.<br>Mark A. Chapman<br>KENYON & KENYON LLP<br>One Broadway<br>New York, NY 10004<br>(212) 425-7200<br>whanley@kenyon.com<br>mchapman@kenyon.com | Theodore R. Remaklus<br>WOOD HERRON & EVANS LLP<br>2700 Carew Tower<br>441 Vine Street<br>Cincinnati, OH 45202<br>(513) 241-2324<br>tremaklus@whepatent.com |