UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARTIER, a division of RICHEMONT NORTH AMERICA, INC.,**<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>**WING HON METAL MANUFACTORY LTD.,**<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No. 06-1747 (RMC) |

## ORDER

The Court having been advised that this action has been settled, it is hereby

**ORDERED** that this case is **DISMISSED**. The dismissal shall be without prejudice for a period of 45 days from the date of this Order. If settlement is not consummated within that 45-day period, the parties may reopen the action upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed *with* prejudice.

**SO ORDERED.**

Dated: November 28, 2007

                                                                          /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge