**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARTIER, a division of RICHEMONT NORTH AMERICA, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> WING HON METAL MANUFACTORY LTD., <br><br> Defendant and Counterclaim Plaintiff. | C.A. No. 06-1747 (RMC/JMF) |

**JOINT STIPULATION OF DISMISSAL**

WHEREAS plaintiff and counterclaim defendant Cartier, a division of Richemont North America, Inc. ("Cartier") and defendant and counterclaim plaintiff Wing Hon Metal Manufactory Ltd. ("Wing Hon") have entered into a settlement agreement pursuant to which they have agreed to settle, release and dismiss all claims and counterclaims of all parties to this action; and

WHEREAS, on November 28, 2007, the Court, having been advised that the case had been settled, entered an order dismissing the case (D.I. 26);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Cartier and Wing Hon, pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, subject to the approval of the Court, that:

(a) the Court's order, entered on November 28, 2007 (D.I. 26), be and hereby is vacated;

(b) this action and all claims and counterclaims herein brought by all parties be and hereby are dismissed;

(c) Cartier's claim for a declaratory judgment of patent noninfringement (Count I) be and hereby is dismissed with prejudice;

(d) Cartier's claim for a declaratory judgment of patent invalidity (Count II) be and hereby is dismissed without prejudice; and

(e) Wing Hon's counterclaim for patent infringement be and hereby is dismissed with prejudice;

with each party to bear its own costs, expenses and attorneys' fees.

AGREED TO:

By:  /s/ John R. Hutchins
    John R. Hutchins
    (D.C. Bar No. 456749)
    KENYON & KENYON LLP
    1500 K Street, N.W.,
    Suite 700
    Washington, D.C. 20005
    (202) 220-4200

    Of Counsel:
    Walter E. Hanley, Jr.
    Mark A. Chapman
    KENYON & KENYON LLP
    One Broadway
    New York, NY 10004
    (212) 425-7200

*Counsel for Plaintiff and Counterclaim Defendant Cartier, a division of Richemont North America, Inc.*

Dated: December 11, 2007

By:  /s/ Michael A. Grow
    Michael A. Grow
    (D.C. Bar No. 225383)
    Barbara S. Wahl
    (D.C. Bar No. 297978)
    ARENT FOX LLP
    1050 Connecticut Avenue, N.W.
    Washington, D.C. 20036-5339
    (202) 857-6000

    Theodore R. Remaklus
    WOOD HERRON & EVANS LLP
    2700 Carew Tower
    441 Vine Street
    Cincinnati, OH 45202
    (513) 241-2324

*Counsel for Defendant and Counterclaim Plaintiff Wing Hon Metal Manufactory Ltd.*

Dated: December 11, 2007

SO ORDERED

this ___ day of _____, 2007

_____
Rosemary M. Collyer
United States District Judge