## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTIER, a division of<br>RICHEMONT NORTH AMERICA, INC.,<br><br>        Plaintiff and<br>        Counterclaim Defendant,<br><br>    v.<br><br>WING HON METAL MANUFACTORY LTD.,<br><br>        Defendant and<br>        Counterclaim Plaintiff. | C.A. No. 06-1747 (RMC/JMF) |

### JOINT STIPULATION OF DISMISSAL

WHEREAS plaintiff and counterclaim defendant Cartier, a division of Richemont North America, Inc. ("Cartier") and defendant and counterclaim plaintiff Wing Hon Metal Manufactory Ltd. ("Wing Hon") have entered into a settlement agreement pursuant to which they have agreed to settle, release and dismiss all claims and counterclaims of all parties to this action; and

WHEREAS, on November 28, 2007, the Court, having been advised that the case had been settled, entered an order dismissing the case (D.I. 26);

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Cartier and Wing Hon, pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, subject to the approval of the Court, that:

    (a)    the Court's order, entered on November 28, 2007 (D.I. 26), be and hereby is vacated;

    (b)    this action and all claims and counterclaims herein brought by all parties be and hereby are dismissed;

    (c)    Cartier's claim for a declaratory judgment of patent noninfringement (Count I) be and hereby is dismissed with prejudice;

    (d)    Cartier's claim for a declaratory judgment of patent invalidity (Count II) be and hereby is dismissed without prejudice; and

    (e)    Wing Hon's counterclaim for patent infringement be and hereby is dismissed with prejudice;

with each party to bear its own costs, expenses and attorneys' fees.

AGREED TO:

By: /s/ John R. Hutchins
John R. Hutchins
(D.C. Bar No. 456749)
KENYON & KENYON LLP
1500 K Street, N.W.,
Suite 700
Washington, D.C. 20005
(202) 220-4200

Of Counsel:
Walter E. Hanley, Jr.
Mark A. Chapman
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200

*Counsel for Plaintiff and Counterclaim Defendant Cartier, a division of Richemont North America, Inc.*

Dated: December 11, 2007

By: /s/ Michael A. Grow
Michael A. Grow
(D.C. Bar No. 225383)
Barbara S. Wahl
(D.C. Bar No. 297978)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000

Theodore R. Remaklus
WOOD HERRON & EVANS LLP
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202
(513) 241-2324

*Counsel for Defendant and Counterclaim Plaintiff Wing Hon Metal Manufactory Ltd.*

Dated: December 11, 2007

SO ORDERED

this 12 day of December, 2007

*/s/ Rosemary M. Collyer*
Rosemary M. Collyer
United States District Judge